# EXHIBIT 10

## Application of U.S. Patent No. 8,081,192 to the Accused Instrumentalities*,**

\* The term "Accused Instrumentalities" refers to Microsoft's operating systems that include RemoteFX (e.g., Windows Server, Windows 7, Windows 8, Windows 10, etc.) in conjunction with the features and capabilities disclosed herein, as well as all other practices of, and products made, used, sold, offered for sale and/or imported by Microsoft (as defined in the Complaint), or one of Microsoft's affiliated companies, that have the features shown in this chart, or substantially similar features.

\*\* This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| Application of U.S.  Patent No. 8,081,192 to the Accused Instrumentalities | |
|---|---|
| 1. A method of generating a compressed video data signal using at least one graphics processor module, comprising the steps of: | Microsoft, and other users of the Accused Instrumentalities, practice a method of generating a compressed video data signal using at least one graphics processor module (e.g., a GPU).  For example, Microsoft practices the claimed method via its use of the Accused Instrumentalities in conjunction with its Azure cloud computing services.  Microsoft Windows Server (since Windows Server 2008 R2) incorporates Remote Desktop Services that is integrated with the Microsoft RemoteFX.<br><br>**Abstract**<br><br>Windows Server® 2008 R2 Remote Desktop Services includes a new set of user experience technologies in Service Pack 1 (SP1) called Microsoft® RemoteFX™.<br><br>***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, cover page,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*<br><br>Microsoft Windows 7, Windows 8.1 and Windows 10 also incorporate Microsoft RemoteFX. |

# Update to disable and remove the RemoteFX vGPU component in Windows

*Windows 7 Service Pack 1, Windows Server 2012, Windows 8.1, Windows 10, Windows 10, version 1607, all editions, Windows 10, version 1703, all editions, Windows 10, version 1709, all editions, Windows 10, version 1803, all editions, Windows 10, version 1809, all editions, Windows 10, version 1903, all editions, Windows 10, version 1909, all editions, Windows 10, version 2004, all editions,* Less

## Overview

RemoteFX vGPU makes it possible for multiple virtual machines to share a physical GPU. This feature was first introduced in Windows 7 and was removed as an option for users in Windows Server 2019. The current implementation of RemoteFX vGPU appears susceptible to security vulnerabilities (see the FAQ section for CVE details). Because these newly identified vulnerabilities are architectural in nature, and the feature is already removed from newer versions of Windows, the July 14, 2020 security updates and all superseding Windows Updates will disable and remove the RemoteFX vGPU feature. Starting with the July 14, 2020 security updates, this and all superseding Windows Updates will disable the RemoteFX vGPU feature.

[…]

## Frequently asked questions

Are any other RemoteFX features affected by this disablement?          ⌃

No. RemoteFX vGPU is the only RemoteFX feature being disabled.

***Source****: https://support.microsoft.com/en-us/topic/update-to-disable-and-remove-the-remotefx-vgpu-component-in-windows-bbdf1531-7188-2bf4-0de6-641de79f09d2*

The Microsoft Azure platform supports Windows Server 2012 R2 and newer, Windows 7 enterprise and Windows 10 enterprise.



## Deploy and scale quickly with Azure portal

The Azure portal is your management hub for Windows Virtual Desktop. Configure network, deploy desktop and enable security with a few clicks. Set up automated scaling with Logic Apps and manage your images efficiently with Azure image gallery. You focus on your desktop apps and policies and Azure will focus on managing the rest.

*Source*: *https://azure.microsoft.com/en-gb/services/virtual-desktop/#features*

Azure supports a variety of GPUs.

### Select an appropriate GPU optimized Azure virtual machine size

Select one of Azure's NV-series, NVv3-series, or NVv4-series VM sizes. These are tailored for app and desktop virtualization and enable apps and the Windows user interface to be GPU accelerated. The right choice for your host pool depends on a number of factors, including your particular app workloads, desired quality of user experience, and cost. In general, larger and more capable GPUs offer a better user experience at a given user density, while smaller and fractional-GPU sizes allow more fine-grained control over cost and quality.

*Source*: *https://docs.microsoft.com/en-us/azure/virtual-desktop/configure-vm-gpu*

U.S. Patent No. 8,081,192                                                    4

Microsoft RemoteFX provides graphics rendering capabilities for Windows applications running on Windows virtual machines.



*Source*: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,* https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf

Microsoft RemoteFX provides host-based graphics virtualization capability that provides graphics services utilizing graphics processor modules.

RemoteFX is a new Hyper-V platform capability for host-based graphics virtualization for VDI. At the heart of RemoteFX is a virtual graphics processing unit (the vGPU), which abstracts the relationship between guest OS virtual machines (virtual desktops) and physical GPUs to optimally share GPU resources in a hosted multi-user environment.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 9,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Microsoft RemoteFX comprises a Remote Desktop Virtual Graphics Manager that renders and compresses graphics.

**Remote Desktop Virtual Graphics Manager (RDVGM)**
The RDVGM manages resource assignment and process control between RemoteFX components in the Hyper-V host partition and vGPU resource assignment into each virtual machine guest OS.

These functions include:

- Managing the RCC (Rendering, Capturing, and Compression) or encoding processes. (This pipeline is described in more detail in the following section.).
- Assigning physical GPU resources to individual virtual machines through the vGPU.
- Assigning resource policies to individual virtual machines.
- Load-balancing GPU resources across multiple virtual machines within a host.
- Managing processes: The RDVGM assigns appropriate GPU resources to individual virtual machines at boot time.

[…]

- *Rendering* refers to the process of translating raw display calls (such as Rotate, Flip, and Draw) made by applications running within a virtual machine through the vGPU, honoring those requests to the GPU, and thus rendering content. This is based on standard DirectX syntax.
- *Capturing* refers to the process of taking rendered application content—on-screen bitmap or frame changes—and intelligently capturing only what's changed. A secondary function is assigning quality of service policies—for capture quality and encoding level.
- *Compressing* (or encoding) refers to the process of optimally and equitably delivering GPU resources through the vGPU—and over RDP 7.1—to individual client devices. The quality of network conditions and target device type determine the type of compression/encoding used to optimally deliver captured content.

| | |
|---|---|
| | ***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 9-10,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf* <br><br> Once generated the compressed video data signal is delivered to client devices using the Remote Desktop Protocol (RDP). <br><br> RemoteFX builds on Hyper-V and integrates RDP (Remote Desktop Protocol) to deliver a new payload designed for hosted VDI desktops. USB peripheral enhancements delivered with RemoteFX and RDP further improve the virtual desktop experience. Irrespective of the device type, users enjoy full-motion video and high-quality DirectX hardware acceleration for virtualized Windows applications—such as Office 2010 or Internet Explorer 9—with the local-like graphics quality of GPU-accelerated clients. <br><br> ***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 3,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf* |
| a) intercepting graphics instructions outputted by graphics generating software; | The Accused Instrumentalities intercept graphics instructions output by graphics generating software.  Graphics generating software are Windows applications running on a virtual machine.  Desktop Windows Manager (DWM) redirects (and thus intercepts) graphics instructions outputted from Windows applications, allowing the compositing of windows.  DWM is a component of Microsoft operating systems. |

# Desktop Window Manager

05/31/2018 • 2 minutes to read • 

The desktop composition feature, introduced in Windows Vista, fundamentally changed the way applications display pixels on the screen. When desktop composition is enabled, individual windows no longer draw directly to the screen or primary display device as they did in previous versions of Windows. Instead, their drawing is redirected to off-screen surfaces in video memory, which are then rendered into a desktop image and presented on the display.

Desktop composition is performed by the Desktop Window Manager (DWM). Through desktop composition, DWM enables visual effects on the desktop as well as various features such as glass window frames, 3-D window transition animations, Windows Flip and Windows Flip3D, and high resolution support.

The Desktop Window Manager runs as a Windows service. It can be enabled and disabled through the Administrative Tools Control Panel item, under Services, as Desktop Window Manager Session Manager.

Many of the DWM features can be controlled or accessed by an application through the DWM APIs. The following documentation describes the features and requirements of the DWM APIs.

- DWM Overviews
- DWM Sample Code
- DWM Reference

***Source***:  *Desktop Window Manager, https://docs.microsoft.com/en-us/windows/win32/dwm/dwm-overview.*



Windows Vista fundamentally changed how windows are drawn, by introducing the Desktop Window Manager (DWM). When the DWM is enabled, a window no longer draws directly to the display buffer. Instead, each window draws to an offscreen memory buffer, also called an *offscreen surface*. The DWM then composites these surfaces to the screen.

*Source*:  The Desktop Window Manager, *https://docs.microsoft.com/en-us/windows/win32/learnwin32/the-desktop-window-manager*

## DirectX-rendered windows

Unlike GDI applications, DirectX applications of course can natively render into the DirectX pixel format that the DWM expects.  They also have a very clear indication of when they're done rendering due to the requirements that they call Present().  As such, DirectX applications only need a single window buffer to manage their redirection.  DirectX window redirection is handled by having the DirectX system, when it's determining what surface to provide the app with to render to, make calls to the DWM in order to share a surface between the DirectX client application process, and the DWM process.  This "shared surface" support is unique to DirectX atop the WDDM, and is another key reason why WDDM is an absolute requirement for running the DWM.

*Source*:  Redirecting GDI, DirectX, and WPF applications, *https://docs.microsoft.com/en-gb/archive/blogs/greg_schechter/redirecting-gdi-directx-and-wpf-applications*

Microsoft RemoteFX comprises an RD Virtual Graphics Manager that contains a RemoteFX RCC (rendering, capturing, and compressing) engine.  Microsoft RemoteFX intercepts graphics instructions outputted by Windows applications (graphics generating software) arriving from at least one Windows virtual machine.

**RemoteFX for VDI Virtual Graphics and Rendering Pipeline**

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.

Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

*Source*: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf

U.S. Patent No. 8,081,192                    10

| | |
|---|---|
| b) analyzing the graphics instructions to determine which of the graphics instructions are useful for generation of compression assistance data; | The Accused Instrumentalities analyze the graphics instructions to determine which of the graphics instructions are useful for generation of compression assistance data.  Compression assistance data is details of 'tiles' to be compressed with the RemoteFX encoder or 'macroblocks' when H.264 compression is used.  Tiles and macroblocks are associated with regions in an image that will be compressed. RemoteFX only compresses areas of an image that have changed.

Desktop Windows Manager (DWM) composites inputs from multiple Windows applications with only regions of the display that change (are "dirtied") needing to be re-rendered.  The dirty regions are managed with "occlusion culling support" that allows the composition process to not render content of windows that are overlapped.  DWM analyses graphics instructions to know which are associated with 'dirty' (changed) regions.

So, that's a WPF application.  What about the desktop itself?  The DWM models the desktop as a visual tree where each node in the tree is a window.  And each of these "window" nodes consists of nodes below it that represent the non-client area (frame) and the client area of the window.  It so happens that the client area of the window happens to be a shared DirectX surface that comes from window redirection as described in this earlier post, but from the point of view of the composition engine, the whole desktop is pretty much just another visual tree.  (There's no denying, though, that it's not just any old other visual tree... there are certainly some special optimizations we needed to make in order to get the desktop to the level of performance that it needed to be, but we also hope that those optimizations can make their way back for general WPF usage.)

[…]

There are a number of substantial benefits that come from building on a general compositing and rendering system.  Here are some of them:

- Remoting support - the DWM itself can be remoted, and that uses the underlying WPF remoting support.
- Multiple monitor abstraction - the DWM application needn't concern itself with most of the aspects of how to render across multiple monitors or adapters.
- Integration of 3D with 2D - the Flip3D feature and the window transitions use 3D integrated into the 2D visual tree.  This support is a key WPF differentiator.
- 2D tesselated anti-aliased primitives - the underlying WPF technology takes care of this.
- Update management - as changes are made to the visual tree based on desktop activity by the user, the write invalidations and change propagation occurs in the visual tree.
- Dirty region management - code within the composition engine ensures that only the regions of the display that are dirty need to be re-rendered, which is an absolutely vital performance requirement.
- Occlusion culling support - similar to dirty region management, occlusion culling support allows the composition engine not to render content that's changing if it's covered by another part of the visual tree that's opaque.
- Scheduling - scheduling of frames, maintenance of frame rate, compensation for variability in frame rate is all part of the scheduling subsystem. |

*Source:* *How underlying WPF concepts and technology are being used in the DWM,*
*https://docs.microsoft.com/en-gb/archive/blogs/greg_schechter/how-underlying-wpf-concepts-and-technology-are-being-used-in-the-dwm*



*Source*: *The Desktop Window Manager, https://docs.microsoft.com/en-us/windows/win32/learnwin32/the-desktop-window-manager*

There are a number of substantial benefits that come from building on a general compositing and rendering system.  Here are some of them:

- Remoting support - the DWM itself can be remoted, and that uses the underlying WPF remoting support.
- Multiple monitor abstraction - the DWM application needn't concern itself with most of the aspects of how to render across multiple monitors or adapters.
- Integration of 3D with 2D - the Flip3D feature and the window transitions use 3D integrated into the 2D visual tree.  This support is a key WPF differentiator.
- 2D tesselated anti-aliased primitives - the underlying WPF technology takes care of this.
- Update management - as changes are made to the visual tree based on desktop activity by the user, the write invalidations and change propagation occurs in the visual tree.
- Dirty region management - code within the composition engine ensures that only the regions of the display that are dirty need to be re-rendered, which is an absolutely vital performance requirement.
- Occlusion culling support - similar to dirty region management, occlusion culling support allows the composition engine not to render content that's changing if it's covered by another part of the visual tree that's opaque.
- Scheduling - scheduling of frames, maintenance of frame rate, compensation for variability in frame rate is all part of the scheduling subsystem.

*Source:* *How underlying WPF concepts and technology are being used in the DWM,*
*https://docs.microsoft.com/en-gb/archive/blogs/greg_schechter/how-underlying-wpf-concepts-and-technology-are-being-used-in-the-dwm*

Microsoft RemoteFX only encodes (compresses) areas of an image that have changed.

U.S. Patent No. 8,081,192                                    13

**RemoteFX for VDI Capture and Encoding Pipeline**

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients. Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture and transfer changes from GPU VRAM into system memory.



**Figure 3: Capture and Encoding Pipeline**

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame is divided into manageable units. Change regions are then processed through an optimization capability provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for display changes. Only those areas within a frame that have changed are captured for encoding.

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 11,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Microsoft RemoteFX uses the mechanism of input tiling to identify areas of the image that change.

### 3.1.8   RemoteFX Algorithm

RemoteFX is a **tile-based transform** codec. It has the same functional stages as those found in most structured compression systems (section 1.3.1). At the encode endpoint, these stages are transform, **quantization**, and entropy encoding. The inverse of these operations (in the reverse order) takes place at the decode endpoint. RemoteFX uses **DWTs** and Run-Length Golomb-Rice Coding (RLGR) ([ARLGR] section 3) for transformation and entropy encoding respectively.

***Sources***:  *Remote Desktop Protocol: RemoteFX Codec Extension, page 32,*
*https://winprotocoldoc.blob.core.windows.net/productionwindowsarchives/MS-RDPRFX/%5bMS-RDPRFX%5d.pdf*

Microsoft Remote Desktop protocol (included in RemoteFX) may use the H.264 codec.  The compression assistance data would be the macroblocks of the image that require encoding.

scenarios increased due to more graphics intensive applications being used. For example, with Windows Server 2016 Technical Preview we now enable OpenGL applications with RemoteFX vGPU scenarios which enables support for additional high-end engineering design applications that use OpenGL. RDP and AVC/H.264 The graphics compression (codec) standard which has been used by RDP for a couple of releases is the ITU-T H.264 codec (also known as MPEG-4 AVC (Advanced Video Coding)). The benefit of this codec is that it is widely available in hardware so that CPU intensive encoding and decoding can be offloaded to a separate hardware block. With RDP 8, we introduced RemoteFX Media Streaming which uses AVC/H.264 to remote video content detected on the server. RemoteFX Media Streaming replaced Multi Media Redirection (MMR). Note: MMR is now completely removed from RDP 10 given that

***Source***: *Remote Desktop Protocol (RDP) 10 AVC/H.264 improvements in Windows 10 and Windows Server 2016 Technical Preview,*  *https://techcommunity.microsoft.com/t5/microsoft-security-and/remote-desktop-protocol-rdp-10-avc-h-264-improvements-in-windows/ba-p/249588.*

RemoteFX inspects (analyzes) instructions to distinguish between instructions of different users' applications. Thus, the correct list of tiles / macroblocks can be determined to generate a specific user's compressed video data signal.

Graphics instructions are intercepted, inspected, and optimized by Microsoft RemoteFX.



**RemoteFX for VDI Virtual Graphics and Rendering Pipeline**

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.

Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Microsoft RemoteFX enables a GPU to be shared between users.

U.S. Patent No. 8,081,192                    16

RemoteFX is a new Hyper-V platform capability for host-based graphics virtualization for VDI. At the heart of RemoteFX is a virtual graphics processing unit (the vGPU), which abstracts the relationship between guest OS virtual machines (virtual desktops) and physical GPUs to optimally share GPU resources in a hosted multi-user environment.

*Source*: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 9,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*



**Figure 1: RemoteFX for VDI on RD Virtualization Host**

*Source*: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

The role of RemoteFX vGPU in managing multiple, concurrent users can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.

### Affordable, modern GPU powered virtual desktops in the cloud

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

### Predictable performance and security with hardware partitioning of the GPU

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

### Designed to work with Windows Virtual Desktop and VDI partners you use today

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

**Source:** *Power your Azure GPU workstations with flexible GPU partitioning*, *https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/*

| c) generating a second set of instructions responsive to the results of the analysis; | The Accused Instrumentalities generate a second set of instructions responsive to the results of the analysis. The "results of the analysis" is the determination of which of the graphics instructions have an influence on change regions pertaining to a user and thus the tiles or macroblocks that will be processed into a compressed video data signal for that user. RemoteFX only compresses areas of an image that have changed. |

The second set of instructions are graphics instructions issued from Windows applications processed by DWM to redirect and composite windows, and then 'optimized' and 'translated' by Microsoft RemoteFX before being delivered to a graphics processor module.

DWM redirects graphics instructions from Windows applications and composites the windows, thereby generating graphics instructions.

DWM composites inputs from multiple Windows applications with only regions of the display that change (are "dirtied") needing to be re-rendered.  The dirty regions are managed with "occlusion culling support" that allows the composition to not render content of windows that are overlapped.

So, that's a WPF application.  What about the desktop itself?  The DWM models the desktop as a visual tree where each node in the tree is a window.  And each of these "window" nodes consists of nodes below it that represent the non-client area (frame) and the client area of the window.  It so happens that the client area of the window happens to be a shared DirectX surface that comes from window redirection as described in this earlier post, but from the point of view of the composition engine, the whole desktop is pretty much just another visual tree.  (There's no denying, though, that it's not just any old other visual tree... there are certainly some special optimizations we needed to make in order to get the desktop to the level of performance that it needed to be, but we also hope that those optimizations can make their way back for general WPF usage.)

[…]

There are a number of substantial benefits that come from building on a general compositing and rendering system.  Here are some of them:

- Remoting support - the DWM itself can be remoted, and that uses the underlying WPF remoting support.
- Multiple monitor abstraction - the DWM application needn't concern itself with most of the aspects of how to render across multiple monitors or adapters.
- Integration of 3D with 2D - the Flip3D feature and the window transitions use 3D integrated into the 2D visual tree.  This support is a key WPF differentiator.
- 2D tesselated anti-aliased primitives - the underlying WPF technology takes care of this.
- Update management - as changes are made to the visual tree based on desktop activity by the user, the write invalidations and change propagation occurs in the visual tree.
- Dirty region management - code within the composition engine ensures that only the regions of the display that are dirty need to be re-rendered, which is an absolutely vital performance requirement.
- Occlusion culling support - similar to dirty region management, occlusion culling support allows the composition engine not to render content that's changing if it's covered by another part of the visual tree that's opaque.
- Scheduling - scheduling of frames, maintenance of frame rate, compensation for variability in frame rate is all part of the scheduling subsystem.

***Source:*** *How underlying WPF concepts and technology are being used in the DWM,*
*https://docs.microsoft.com/en-gb/archive/blogs/greg_schechter/how-underlying-wpf-concepts-and-technology-are-being-used-in-the-dwm*



***Source****: The Desktop Window Manager, https://docs.microsoft.com/en-us/windows/win32/learnwin32/the-desktop-window-manager*

RemoteFX generates instructions by 'optimizing' and 'translating'.

RemoteFX allows multiple, concurrent users.

> RemoteFX is a new Hyper-V platform capability for host-based graphics virtualization for VDI. At the heart of RemoteFX is a virtual graphics processing unit (the vGPU), which abstracts the relationship between guest OS virtual machines (virtual desktops) and physical GPUs to optimally share GPU resources in a hosted multi-user environment.



**Figure 1: RemoteFX for VDI on RD Virtualization Host**

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

The role of RemoteFX vGPU in managing multiple, concurrent users can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.

## Affordable, modern GPU powered virtual desktops in the cloud

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

## Predictable performance and security with hardware partitioning of the GPU

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

## Designed to work with Windows Virtual Desktop and VDI partners you use today

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

***Source:*** *Power your Azure GPU workstations with flexible GPU partitioning, https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/*

Outputs from Windows applications are intercepted, inspected, and optimized (generating instructions) by Microsoft RemoteFX into a set of instructions that are delivered to a graphic processor module.

**RemoteFX for VDI Virtual Graphics and Rendering Pipeline**

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.

Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,* https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf

The RCC engine in the RDVGM translates graphics requests (generates second instructions) from each virtual machine into DirectX-compliant commands on the parent partition that are then delivered a graphics processor module.

<table>
<tr>
<td></td>
<td>

**Rendering, Capturing, and Compression (RCC)**

Integrated with the RDVGM is the RCC engine, which handles rendering, capturing, and compression. The RCC receives graphics requests as output from each virtual machine, and translates those requests into DirectX-compliant commands on the parent partition. The VMBUS provides a high-speed communications backplane to proxy DirectX requests from individual hosted applications running inside virtual machines to DirectX requests for physical GPU resources on the parent partition. This virtualization layer, complying with DirectX syntax, provides both a GPU- and application-agnostic approach to graphics virtualization. Applications running in virtual machines need to support DirectX 9 or later. GPUs installed in the parent partition, by contrast, must support DirectX 10.

*Source*: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 9,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

</td>
</tr>
<tr>
<td>

d) processing the graphic instructions or at least a portion of the second set of instructions or a combination thereof, in the graphics processor module to generate graphics data comprising one or more image elements;

</td>
<td>

The Accused Instrumentalities process the graphic instructions, at least a portion of the second set of instructions, or a combination thereof, in the graphics processor module (e.g., GPU) to generate graphics data that includes one or more image elements.  Graphics instructions are issued by Windows applications running on virtual machines.  The second set of instructions are the graphics instructions issued from Windows applications processed by DWM to redirect and composite windows, and then 'optimized' and 'translated' by Microsoft RemoteFX and delivered to a graphics processor module to generate graphics data comprising one or more image elements.

DWM redirects graphics instructions from Windows applications and composites the windows, thereby generating graphics instructions that will be received by Microsoft RemoteFX.

</td>
</tr>
</table>

U.S. Patent No. 8,081,192                                    24



***Source****: The Desktop Window Manager, https://docs.microsoft.com/en-us/windows/win32/learnwin32/the-desktop-window-manager*

Graphics instructions intercepted by Microsoft RemoteFX are inspected and optimized and are delivered to a graphics processor module to render a frame comprising one or more image elements into a single frame buffer. The frame buffer contains the end-user display (graphics data).

### RemoteFX for VDI Virtual Graphics and Rendering Pipeline

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.



**Figure 2: Graphics Rendering Pipeline**

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,* [*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*](https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf)

Host-based VDI solutions built on RemoteFX and Hyper-V ensure a consistent end-user experience across a wider array of devices by consolidating a large portion of the client software and hardware into the datacenter. With host-centric remoting, all the graphics can be intercepted on the host at an optimal layer in the software stack. All graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates) that represents the end-user display. Changes to the frame buffer are sent to the client at a frame rate that dynamically adapts to network conditions and the client's ability to consume the changes.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 5,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Microsoft Azure supports a variety of GPUs.

## Select an appropriate GPU optimized Azure virtual machine size

Select one of Azure's NV-series, NVv3-series, or NVv4-series VM sizes. These are tailored for app and desktop virtualization and enable apps and the Windows user interface to be GPU accelerated. The right choice for your host pool depends on a number of factors, including your particular app workloads, desired quality of user experience, and cost. In general, larger and more capable GPUs offer a better user experience at a given user density, while smaller and fractional-GPU sizes allow more fine-grained control over cost and quality.

***Source***: *https://docs.microsoft.com/en-us/azure/virtual-desktop/configure-vm-gpu*

| | |
|---|---|
| e) processing at least a portion of the second set of instructions to generate compression assistance data; and, | The Accused Instrumentalities process at least a portion of the second set of instructions to generate compression assistance data.  The second set of instructions are graphics instructions issued from Windows applications processed by DWM to redirect and composite windows, and then 'optimized' and 'translated' by Microsoft RemoteFX before being delivered to a graphics processor module.  Compression assistance data is details of 'tiles' to be compressed with the RemoteFX encoder or 'macroblocks' when H.264 compression is used.<br><br>Desktop Windows Manager (DWM) composites inputs from multiple Windows applications with only regions of the display that change (are "dirtied") needing to be re-rendered.  DWM analyses graphics instructions outputted from multiple windows to know which are associated with 'dirty' (changed) regions. |

U.S. Patent No. 8,081,192                                    27



***Source****:  The Desktop Window Manager, https://docs.microsoft.com/en-us/windows/win32/learnwin32/the-desktop-window-manager*

There are a number of substantial benefits that come from building on a general compositing and rendering system.  Here are some of them:

- Remoting support - the DWM itself can be remoted, and that uses the underlying WPF remoting support.
- Multiple monitor abstraction - the DWM application needn't concern itself with most of the aspects of how to render across multiple monitors or adapters.
- Integration of 3D with 2D - the Flip3D feature and the window transitions use 3D integrated into the 2D visual tree.  This support is a key WPF differentiator.
- 2D tesselated anti-aliased primitives - the underlying WPF technology takes care of this.
- Update management - as changes are made to the visual tree based on desktop activity by the user, the write invalidations and change propagation occurs in the visual tree.
- Dirty region management - code within the composition engine ensures that only the regions of the display that are dirty need to be re-rendered, which is an absolutely vital performance requirement.
- Occlusion culling support - similar to dirty region management, occlusion culling support allows the composition engine not to render content that's changing if it's covered by another part of the visual tree that's opaque.
- Scheduling - scheduling of frames, maintenance of frame rate, compensation for variability in frame rate is all part of the scheduling subsystem.

**Source:** *How underlying WPF concepts and technology are being used in the DWM,*
*https://docs.microsoft.com/en-gb/archive/blogs/greg_schechter/how-underlying-wpf-concepts-and-technology-are-being-used-in-the-dwm*

Microsoft RemoteFX only encodes (compresses) areas of an image that have changed.

**RemoteFX for VDI Capture and Encoding Pipeline**

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients. Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture and transfer changes from GPU VRAM into system memory.



**Figure 3: Capture and Encoding Pipeline**

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame is divided into manageable units. Change regions are then processed through an optimization capability provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for display changes. Only those areas within a frame that have changed are captured for encoding.

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 11,* https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf

Microsoft RemoteFX uses the mechanism of input tiling to identify areas of the image that change.

### 3.1.8  RemoteFX Algorithm

RemoteFX is a **tile-based transform** codec. It has the same functional stages as those found in most structured compression systems (section 1.3.1). At the encode endpoint, these stages are transform, **quantization**, and entropy encoding. The inverse of these operations (in the reverse order) takes place at the decode endpoint. RemoteFX uses **DWTs** and Run-Length Golomb-Rice Coding (RLGR) ([ARLGR] section 3) for transformation and entropy encoding respectively.

***Sources***:  *Remote Desktop Protocol: RemoteFX Codec Extension, page 32,*
*https://winprotocoldoc.blob.core.windows.net/productionwindowsarchives/MS-RDPRFX/%5bMS-RDPRFX%5d.pdf*

Microsoft Remote Desktop protocol (included in RemoteFX) may use the H.264 codec.  The compression assistance data would be the macroblocks of the image that require encoding.

scenarios increased due to more graphics intensive applications being used. For example, with Windows Server 2016 Technical Preview we now enable OpenGL applications with RemoteFX vGPU scenarios which enables support for additional high-end engineering design applications that use OpenGL. RDP and AVC/H.264 The graphics compression (codec) standard which has been used by RDP for a couple of releases is the ITU-T H.264 codec (also known as MPEG-4 AVC (Advanced Video Coding)). The benefit of this codec is that it is widely available in hardware so that CPU intensive encoding and decoding can be offloaded to a separate hardware block. With RDP 8, we introduced RemoteFX Media Streaming which uses AVC/H.264 to remote video content detected on the server. RemoteFX Media Streaming replaced Multi Media Redirection (MMR). Note: MMR is now completely removed from RDP 10 given that

***Source***: *Remote Desktop Protocol (RDP) 10 AVC/H.264 improvements in Windows 10 and Windows Server 2016 Technical Preview,*  *https://techcommunity.microsoft.com/t5/microsoft-security-and/remote-desktop-protocol-rdp-10-avc-h-264-improvements-in-windows/ba-p/249588*

The change regions correspond to tiles that require compression.

| | |
|---|---|
| f) processing at least a portion of the graphics data using at least a portion of the compression assistance data to generate the compressed video data signal. | The Accused Instrumentalities process at least a portion of the graphics data using at least a portion of the compression assistance data to generate the compressed video data signal.  Graphics data is a rendered frame. Compression assistance data is details of 'tiles' to be compressed with the RemoteFX encoder or 'macroblocks' when H.264 compression is used.  The compressed video data signal is the signal sent by RDP to the client.<br><br>The Microsoft Remote Desktop Protocol (RDP) provides video to client devices. |

RemoteFX builds on Hyper-V and integrates RDP (Remote Desktop Protocol) to deliver a new payload designed for hosted VDI desktops. USB peripheral enhancements delivered with RemoteFX and RDP further improve the virtual desktop experience. Irrespective of the device type, users enjoy full-motion video and high-quality DirectX hardware acceleration for virtualized Windows applications—such as Office 2010 or Internet Explorer 9—with the local-like graphics quality of GPU-accelerated clients.

### What's New in RDP in 7.1

While much of RDP has not changed, a new graphics channel payload is a key innovation. This payload integrates familiar and new RDP capabilities with an extensible decoder for RDP client devices. The new payload provides a single, low-level intercept point for host-side processing of RDP. The resulting architecture supports real-time rendering, compression, and decoding—projected across the network using a diverse ecosystem of RemoteFX-ready device types.

Through this architecture, RDP supports a broader range of content types and formats. As new media-intensive standards emerge, such as HTML 5, host-based hardware acceleration using RemoteFX over RDP will vastly improve the experience and enable broader adoption of these new formatting standards. Visually rich audio and video playback can be experienced in real-time over the network on a broad range of device-types, including new low-power chip designs embedded in a variety of form factors.

*Source*: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 3 (above) and page 6 (below),* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

The Remote Desktop Protocol delivers compressed images to clients via messages that comprise details on the encoded sequence and the compressed video data itself.

The header messages are followed by the Data messages (section 2.2.2.3), which represent the sequence of encoded frames in the stream:

1. The TS_RFX_FRAME_BEGIN and TS_RFX_FRAME_END messages (sections 2.2.2.3.1 and 2.2.2.3.2 respectively) are used to demarcate an encoded frame.

2. The TS_RFX_REGION message (section 2.2.2.3.3) contains the list of rectangles that have been encoded.

3. The TS_RFX_TILESET message (section 2.2.2.3.4) encapsulates the list of tiles that have been encoded.

***Source***:  *Remote Desktop Protocol: RemoteFX Codec Extension, page 10,*
*https://winprotocoldoc.blob.core.windows.net/productionwindowsarchives/MS-RDPRFX/%5bMS-RDPRFX%5d.pdf*

The RDP protocol transports RemoteFX codec messages to the client that include tiles of compressed data.

## 1.3.1.1 Message Flows

02/14/2019 • 2 minutes to read

RemoteFX codec messages are transported in order over a lossless transport such as TCP/IP. The message syntax has been designed with this prerequisite.

[…]



***Source***: *https://docs.microsoft.com/en-us/openspecs/windows_protocols/ms-rdprfx/0f20e0d4-1cf6-476b-88a5-a0abd9b02f75*

The RDP protocol transports messages to the client that include regions of macroblocks of compressed data.

**2.2.4.4.1 RFX_AVC420_METABLOCK**

The **RFX_AVC420_METABLOCK** structure describes metadata associated with MPEG-4 AVC/H.264 encoded data sent from the server to the client. The data contained within the **RFX_AVC420_METABLOCK** structure is purely informational and SHOULD NOT be used by the client when decoding the MPEG-4 AVC/H.264 stream. When decoding the stream, the data that is available in the **RFX_AVC420_METABLOCK** is present within the MPEG-4 AVC/H.264 stream.



[...]

**numRegionRects (4 bytes):** A 32-bit unsigned integer that specifies the total number of elements in the **regionRects** field. The **quantQualityVals** field MUST contain the same number of elements as the **regionRects** field.

**regionRects (variable):** A variable-length array of **RDPGFX_RECT16** (section 2.2.1.2) structures that specifies the region mask to apply to the MPEG-4 AVC/H.264 encoded data. The total number of elements in this field is specified by the **numRegionRects** field.

***Source****: https://winprotocoldoc.blob.core.windows.net/productionwindowsarchives/MS-RDPEGFX/%5BMS-RDPEGFX%5D.pdf*