# EXHIBIT 11

## Application of U.S. Patent No. 8,203,568
## to the Accused Instrumentalities*,**

\* The term "Accused Instrumentalities" refers to Microsoft's operating systems that include RemoteFX (e.g., Windows Server, Windows 7, Windows 8, Windows 10, etc.) in conjunction with the features and capabilities disclosed herein, as well as all other practices of, and products made, used, sold, offered for sale and/or imported by Microsoft (as defined in the Complaint), or one of Microsoft's affiliated companies, that have the features shown in this chart, or substantially similar features.

\*\* This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| Application of U.S. Patent No. 8,203,568 to the Accused Instrumentalities | |
|---|---|
| 1. A method of sharing a graphics processing unit (GPU) between a plurality of programs, the method comprising the steps of: | Microsoft, and other users of the Accused Instrumentalities, practice a method of sharing a graphics processing unit (GPU) between a plurality of programs.  For example, Microsoft practices the claimed method via its use of the Accused Instrumentalities in conjunction with its Azure cloud computing services.  Microsoft Windows Server (since Windows Server 2008 R2) incorporates Remote Desktop Services that is integrated with Microsoft RemoteFX.<br><br>**Abstract**<br><br>Windows Server® 2008 R2 Remote Desktop Services includes a new set of user experience technologies in Service Pack 1 (SP1) called Microsoft® RemoteFX™.<br><br>***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, cover page,* <br>*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*<br><br>Microsoft Windows 7, Windows 8.1 and Windows 10 also incorporate Microsoft RemoteFX. |

# Update to disable and remove the RemoteFX vGPU component in Windows

*Windows 7 Service Pack 1, Windows Server 2012, Windows 8.1, Windows 10, Windows 10, version 1607, all editions, Windows 10, version 1703, all editions, Windows 10, version 1709, all editions, Windows 10, version 1803, all editions, Windows 10, version 1809, all editions, Windows 10, version 1903, all editions, Windows 10, version 1909, all editions, Windows 10, version 2004, all editions. Less*

## Overview

RemoteFX vGPU makes it possible for multiple virtual machines to share a physical GPU. This feature was first introduced in Windows 7 and was removed as an option for users in Windows Server 2019. The current implementation of RemoteFX vGPU appears susceptible to security vulnerabilities (see the FAQ section for CVE details). Because these newly identified vulnerabilities are architectural in nature, and the feature is already removed from newer versions of Windows, the July 14, 2020 security updates and all superseding Windows Updates will disable and remove the RemoteFX vGPU feature. Starting with the July 14, 2020 security updates, this and all superseding Windows Updates will disable the RemoteFX vGPU feature.

[…]

## Frequently asked questions

Are any other RemoteFX features affected by this disablement?        ∧

No. RemoteFX vGPU is the only RemoteFX feature being disabled.

***Source****: https://support.microsoft.com/en-us/topic/update-to-disable-and-remove-the-remotefx-vgpu-component-in-windows-bbdf1531-7188-2bf4-0de6-641de79f09d2*

The Microsoft Azure platform supports Windows Server 2012 R2 and newer, Windows 7 enterprise and Windows 10 enterprise.

U.S. Patent No. 8,203,568                3



# Deploy and scale quickly with Azure portal

The Azure portal is your management hub for Windows Virtual Desktop. Configure network, deploy desktop and enable security with a few clicks. Set up automated scaling with Logic Apps and manage your images efficiently with Azure image gallery. You focus on your desktop apps and policies and Azure will focus on managing the rest.

*Source*: *https://azure.microsoft.com/en-gb/services/virtual-desktop/#features*

Azure supports a variety of GPUs and selection can be based on user density.

# Select an appropriate GPU optimized Azure virtual machine size

Select one of Azure's NV-series, NVv3-series, or NVv4-series VM sizes. These are tailored for app and desktop virtualization and enable apps and the Windows user interface to be GPU accelerated. The right choice for your host pool depends on a number of factors, including your particular app workloads, desired quality of user experience, and cost. In general, larger and more capable GPUs offer a better user experience at a given user density, while smaller and fractional-GPU sizes allow more fine-grained control over cost and quality.

*Source*: *https://docs.microsoft.com/en-us/azure/virtual-desktop/configure-vm-gpu*

RemoteFX enables the execution of various virtual machines on a centralized host.  Applications running within a respective virtual machine output graphics instructions that are rendered on the centralized host.

Outputs from multiple virtual machines running applications are intercepted by Microsoft RemoteFX.



**Figure 1: RemoteFX for VDI on RD Virtualization Host**

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

The role of RemoteFX vGPU in managing multiple, concurrent virtual machines can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.

### Affordable, modern GPU powered virtual desktops in the cloud

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

### Predictable performance and security with hardware partitioning of the GPU

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

### Designed to work with Windows Virtual Desktop and VDI partners you use today

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

**Source:** *Power your Azure GPU workstations with flexible GPU partitioning*, https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/

RemoteFX provides graphics rendering capabilities for Windows applications running on Windows virtual machines.



*RemoteFX for VDI Virtual Graphics and Rendering Pipeline*

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.

Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,* https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf

Microsoft RemoteFX provides host-based graphics virtualization capability that provides graphics services utilizing shared graphics processor modules.

| | |
|---|---|
| | RemoteFX is a new Hyper-V platform capability for host-based graphics virtualization for VDI. At the heart of RemoteFX is a virtual graphics processing unit (the vGPU), which abstracts the relationship between guest OS virtual machines (virtual desktops) and physical GPUs to optimally share GPU resources in a hosted multi-user environment.<br><br>***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 9,* <br>*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf* |
| a) outputting instructions by a first program of the plurality of programs to create a first set of instructions for generating a first frame; | The Accused Instrumentalities output instructions by a first program of the plurality of programs to create a first set of instructions for generating a first frame.  The Accused Instrumentalities enable the execution of various virtual machines on a centralized host.  Applications running within a respective virtual machine output graphics instructions that are rendered on the centralized host.<br><br>Outputs from a first program (an application running on a first virtual machine) are intercepted by Microsoft RemoteFX.<br><br><br>**Figure 1: RemoteFX for VDI on RD Virtualization Host** |

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Microsoft RemoteFX comprises an RD Virtual Graphics Manager that contains a RemoteFX RCC (rendering, capturing, and compressing) engine.  Microsoft RemoteFX intercepts graphics instructions arriving from a first virtual machine.  The instructions are used to render a virtualized end-user displays (first frame).



| | |
|---|---|
| | ***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,* <br> *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf* |
| b) outputting instructions by a second program of the plurality of programs to create a second set of instructions for generating a second frame; | The Accused Instrumentalities output instructions by a second program of the plurality of programs to create a second set of instructions for generating a second frame.  The Accused Instrumentalities enable the execution of various virtual machines on a centralized host.  Applications running within a respective virtual machine output graphics instructions that are rendered on the centralized host. <br><br> Outputs from a second program (an application running on a second virtual machine) are intercepted by Microsoft RemoteFX. <br><br>  <br> **Figure 1: RemoteFX for VDI on RD Virtualization Host** |

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,* [https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf](https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf)

Microsoft RemoteFX comprises an RD Virtual Graphics Manager that contains a RemoteFX RCC (rendering, capturing, and compressing) engine. Microsoft RemoteFX intercepts graphics instructions arriving from a second virtual machine. The instructions are used to render a virtualized end-user displays (second frame).



*Source*: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,*
https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf

Microsoft RemoteFX enables sharing a GPU between different virtual machines and users.

Microsoft RemoteFX for Session Virtualization: Architectural Overview

RemoteFX enables rich, local-like user experiences for remotely hosted virtual desktops running a media-rich Windows 7 desktop. Users experience virtual desktops in full fidelity, harnessing the graphics processing power of shared Graphics Processing Units (GPUs) and SLAT-enabled processors, installed on Hyper-V hosts. Through new capabilities built into RDP, rich visual experiences are projected from hosted virtual desktops out across an array of client device types and form factors.

*Source*: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 3,*
https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf

## RemoteFX Platform Architecture

RemoteFX is a new Hyper-V platform capability for host-based graphics virtualization for VDI. At the heart of RemoteFX is a virtual graphics processing unit (the vGPU), which abstracts the relationship between guest OS virtual machines (virtual desktops) and physical GPUs to optimally share GPU resources in a hosted multi-user environment.

*Source*: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 8,*
https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf

The role of RemoteFX vGPU in managing multiple, concurrent virtual machines can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.

## Affordable, modern GPU powered virtual desktops in the cloud

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

## Predictable performance and security with hardware partitioning of the GPU

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

## Designed to work with Windows Virtual Desktop and VDI partners you use today

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

***Source:*** *Power your Azure GPU workstations with flexible GPU partitioning,* *https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/*

| | |
|---|---|
| c) providing control instructions to control how the GPU processes instructions of the first set of instructions and instructions of the second set of instructions; | The Accused Instrumentalities provide control instructions to control how the GPU processes instructions of the first and second sets of instructions. The Accused Instrumentalities enable the execution of various virtual machines on a centralized host. Applications running within a respective virtual machine output graphics instructions that are rendered on the centralized host.<br><br>Outputs from multiple virtual machines running applications are intercepted by Microsoft RemoteFX. |



**Figure 1: RemoteFX for VDI on RD Virtualization Host**

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Microsoft RemoteFX enables sharing a GPU between different virtual machines and users.

## RemoteFX Platform Architecture

RemoteFX is a new Hyper-V platform capability for host-based graphics virtualization for VDI. At the heart of RemoteFX is a virtual graphics processing unit (the vGPU), which abstracts the relationship between guest OS virtual machines (virtual desktops) and physical GPUs to optimally share GPU resources in a hosted multi-user environment.

*Source*: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 8,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-*
*overview.pdf*

The role of RemoteFX vGPU in managing multiple, concurrent virtual machines can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.

### Affordable, modern GPU powered virtual desktops in the cloud

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

### Predictable performance and security with hardware partitioning of the GPU

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI 25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

### Designed to work with Windows Virtual Desktop and VDI partners you use today

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

*Source:* *Power your Azure GPU workstations with flexible GPU partitioning, https://azure.microsoft.com/en-*
*gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/*

Microsoft RemoteFX comprises an RD Virtual Graphics Manager that contains a RemoteFX RCC (rendering, capturing, and compressing) engine.  Microsoft RemoteFX intercepts graphics instructions arriving from at least one Windows virtual machine.



*Source: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

<table>
<tr><td></td><td>The RD Virtual Graphics Manager manages resource assignment and process control for each virtual machine.

<div style="border:1px solid red">

**Remote Desktop Virtual Graphics Manager (RDVGM)**

The RDVGM manages resource assignment and process control between RemoteFX components in the Hyper-V host partition and vGPU resource assignment into each virtual machine guest OS.

These functions include:

- Managing the RCC (Rendering, Capturing, and Compression) or encoding processes. (This pipeline is described in more detail in the following section.).
- Assigning physical GPU resources to individual virtual machines through the vGPU.
- Assigning resource policies to individual virtual machines.
- Load-balancing GPU resources across multiple virtual machines within a host.
- Managing processes: The RDVGM assigns appropriate GPU resources to individual virtual machines at boot time.

</div>

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*</td></tr>
<tr><td>d) processing at least part of the first set of instructions by the GPU to produce the first frame;</td><td>The Accused Instrumentalities process at least part of the first set of instructions by the GPU to produce the first frame.  Microsoft RemoteFX comprises an RD Virtual Graphics Manager that contains a RemoteFX RCC (rendering, capturing, and compressing) engine.  Microsoft RemoteFX intercepts graphics instructions arriving from a first Windows virtual machine and produces a *first* frame.</td></tr>
</table>

U.S. Patent No. 8,203,568                                      17



**RemoteFX for VDI Virtual Graphics and Rendering Pipeline**

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.

Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

| e) processing at least part of the second set of instructions by the GPU to produce the second frame; | The Accused Instrumentalities process at least part of the second set of instructions by the GPU to produce the second frame.  Microsoft's operating systems comprise RemoteFX technology that enables the execution of various virtual machines on a centralized host.  Applications running within a respective virtual machine output graphics instructions that are rendered on the centralized host. |
|---|---|
| |  |
| | Figure 1: RemoteFX for VDI on RD Virtualization Host |
| | ***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf* |
| | Microsoft RemoteFX comprises an RD Virtual Graphics Manager that contains a RemoteFX RCC (rendering, capturing, and compressing) engine.  Microsoft RemoteFX intercepts graphics instructions arriving from a second Windows virtual machine and produces a *second* frame. |

### RemoteFX for VDI Virtual Graphics and Rendering Pipeline

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.



**Figure 2: Graphics Rendering Pipeline**

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

| f) signalling to an encoder when the GPU has completed rendering the first frame; | The Accused Instrumentalities signal to an encoder when the GPU has completed rendering the first frame. Microsoft RemoteFX comprises an RD Virtual Graphics Manager that contains a RemoteFX RCC (rendering, capturing, and compressing) engine. Microsoft RemoteFX intercepts graphics instructions arriving from a first Windows virtual machine and produces a *first* frame. Encoding occurs after rendering of the *first* frame. The encoder necessarily must be signaled after the first frame is rendered so that subsequent compression of the frame can occur. |
|---|---|
| | **Rendering, Capturing, and Compression (RCC)**<br>Integrated with the RDVGM is the RCC engine, which handles rendering, capturing, and compression. The RCC receives graphics requests as output from each virtual machine, and translates those requests into DirectX-compliant commands on the parent partition. The VMBUS provides a high-speed communications backplane to proxy DirectX requests from individual hosted applications running inside virtual machines to DirectX requests for physical GPU resources on the parent partition. This virtualization layer, complying with DirectX syntax, provides both a GPU- and application-agnostic approach to graphics virtualization. Applications running in virtual machines need to support DirectX 9 or later. GPUs installed in the parent partition, by contrast, must support DirectX 10. |
| | *[…]* |
| | • *Rendering* refers to the process of translating raw display calls (such as Rotate, Flip, and Draw) made by applications running within a virtual machine through the vGPU, honoring those requests to the GPU, and thus rendering content. This is based on standard DirectX syntax.<br>• *Capturing* refers to the process of taking rendered application content—on-screen bitmap or frame changes—and intelligently capturing only what's changed. A secondary function is assigning quality of service policies—for capture quality and encoding level.<br>• *Compressing* (or encoding) refers to the process of optimally and equitably delivering GPU resources through the vGPU—and over RDP 7.1—to individual client devices. The quality of network conditions and target device type determine the type of compression/encoding used to optimally deliver captured content. |
| | ***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, pages 9 and 10, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*<br><br>Changes to the frame buffer – and thus the encoder output - can be dynamically adjusted by RemoteFX. |

**Encoding Prioritization**

There are two prioritization schemes for encoding captures. The encoding process can be controlled through both administrative tools (giving certain virtual machines higher or lower priority) or dynamically, by the size of the change region within a captured frame.

[…]

The encoder reaches out to an RDP listener process to assess the state of the RDP client, including its on-board decoding capabilities. Changes to the frame buffer are sent to the client at a frame rate that dynamically adapts to network conditions and the client's ability to consume the changes. The encoded output is tunneled within the RDP protocol and sent out to the client device.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, pages 11-12,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructural-overview.pdf*

"Thirdly, after choosing the optimal encoding stack, if there are still constraints that prevent RemoteFX from achieving the target frame rate, the encoding frame rate is adjusted dynamically to ensure that the most up-to-date frame is sent to the client."

https://techcommunity.microsoft.com/t5/security-compliance-identity/remotefx-adaptive-graphics-in-windows-server-2012-and-windows-8/ba-p/247454

| g) compressing at least part of the first frame by the encoder into a first compressed data signal and transmitting the first compressed data signal to a first remote processing device; | The Accused Instrumentalities compress at least part of the first frame by the encoder into a first compressed data signal.  The Accused Instrumentalities transmit the first compressed data signal to a first remote processing device.<br><br>Microsoft's operating systems comprise RemoteFX technology that enables the execution of various virtual machines on a centralized host.  Applications running within a respective virtual machine output graphics instructions that are rendered on the centralized host.<br><br>Outputs from multiple virtual machines running applications are intercepted by Microsoft RemoteFX. |



**Figure 1: RemoteFX for VDI on RD Virtualization Host**

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

The role of RemoteFX vGPU in managing multiple, concurrent virtual machines can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.

## Affordable, modern GPU powered virtual desktops in the cloud

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

**Predictable performance and security with hardware partitioning of the GPU**

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI 25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

**Designed to work with Windows Virtual Desktop and VDI partners you use today**

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

***Source:***  *Power your Azure GPU workstations with flexible GPU partitioning,* [https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/](https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/)

Once the first set of instructions is received from a first virtual machine and a first frame is rendered, change regions are captured for encoding.

**RemoteFX for VDI Capture and Encoding Pipeline**

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients. Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture and transfer changes from GPU VRAM into system memory.



**Figure 3: Capture and Encoding Pipeline**

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame is divided into manageable units. Change regions are then processed through an optimization capability provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for display changes. Only those areas within a frame that have changed are captured for encoding.

*Source*: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 11, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf

Once regions are encoded, they are delivered to clients (a first remote processing device).

<table>
<tr>
<td></td>
<td>

**RDP 7.1 Client and Graphics Rendering Pipeline**

Once an encoded payload is ready to leave the Hyper-V host, RDP streams the optimized output across virtual channels, a form of connection within RDP. Virtual channels are software extensions that can be used to extend RDP (for example, support for special types of hardware and audio). The RDP protocol provides multiplexed management of multiple virtual channels.

A virtual channel application has two parts, a client module and a server module. The server module is an executable program running on the Remote Desktop Session Host (RD Session Host) server. The client module is a DLL that must be loaded into memory on the client computer when the Remote Desktop Connection (RDC) client program runs.

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 11,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

</td>
</tr>
<tr>
<td>h) compressing at least part of the second frame by the encoder into a second compressed data signal and transmitting the second compressed data signal to a second remote processing device;</td>
<td>

The Accused Instrumentalities compress at least part of the second frame by the encoder into a second compressed data signal.  The Accused Instrumentalities transmit the second compressed data signal to a second remote processing device.

Microsoft's operating systems comprise RemoteFX technology that enables the execution of various virtual machines on a centralized host.  Applications running within a respective virtual machine output graphics instructions that are rendered on the centralized host.

Outputs from multiple virtual machines running applications are intercepted by Microsoft RemoteFX.

</td>
</tr>
</table>

U.S. Patent No. 8,203,568                                    26



**Figure 1: RemoteFX for VDI on RD Virtualization Host**

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

The role of RemoteFX vGPU in managing multiple, concurrent virtual machines can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.

## Affordable, modern GPU powered virtual desktops in the cloud

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

### Predictable performance and security with hardware partitioning of the GPU

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI 25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

### Designed to work with Windows Virtual Desktop and VDI partners you use today

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

***Source:***  *Power your Azure GPU workstations with flexible GPU partitioning, https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/*

Once the second set of instructions is received from a second virtual machine and a second frame is rendered, change regions are captured for encoding.

**RemoteFX for VDI Capture and Encoding Pipeline**

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients.
Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture
and transfer changes from GPU VRAM into system memory.



**Figure 3: Capture and Encoding Pipeline**

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame
is divided into manageable units. Change regions are then processed through an optimization capability
provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for
display changes. Only those areas within a frame that have changed are captured for encoding.

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 11,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Once change regions are encoded, they are delivered to clients (a second remote processing device).

| | |
|---|---|
| | **RDP 7.1 Client and Graphics Rendering Pipeline**<br><br>Once an encoded payload is ready to leave the Hyper-V host, RDP streams the optimized output across _virtual channels_, a form of connection within RDP. Virtual channels are software extensions that can be used to extend RDP (for example, support for special types of hardware and audio). The RDP protocol provides multiplexed management of multiple virtual channels.<br><br>A virtual channel application has two parts, a client module and a server module. The server module is an executable program running on the Remote Desktop Session Host (RD Session Host) server. The client module is a DLL that must be loaded into memory on the client computer when the Remote Desktop Connection (RDC) client program runs.<br><br>**Source**: _Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 11,_ _https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf_ |
| wherein the control instructions comprise instructions to cause the GPU to store a majority or all of the first frame in different GPU accessible memory locations than GPU accessible memory locations of the second frame. | The control instructions include instructions to cause the GPU to store a majority or all of the first frame in different GPU accessible memory locations than the second frame.  Microsoft RemoteFX comprises an RD Virtual Graphics Manager that contains a RemoteFX RCC (rendering, capturing, and compressing) engine. Microsoft RemoteFX intercepts graphics instructions arriving from a first virtual machine and produces a _first_ frame in a single frame buffer. |

## RemoteFX for VDI Virtual Graphics and Rendering Pipeline

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.



Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

The RemoteFX technology provides control instructions to configure a dedicated amount of the GPU's video memory for each VM. These control instructions cause the GPU to store frame data for the first and second virtual machines.

**Remote Desktop Virtual Graphics Manager (RDVGM)**

The RDVGM manages resource assignment and process control between RemoteFX components in the Hyper-V host partition and vGPU resource assignment into each virtual machine guest OS.

These functions include:

- Managing the RCC (Rendering, Capturing, and Compression) or encoding processes. (This pipeline is described in more detail in the following section.).
- Assigning physical GPU resources to individual virtual machines through the vGPU.
- Assigning resource policies to individual virtual machines.
- Load-balancing GPU resources across multiple virtual machines within a host.
- Managing processes: The RDVGM assigns appropriate GPU resources to individual virtual machines at boot time.

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Microsoft RemoteFX intercepts graphics instructions arriving from a second Windows virtual machine and produces a *second* frame in a single frame buffer.  The memory locations of the two frames will necessarily be different as they correspond to two different users and will be transmitted to two different remote devices.

### RemoteFX for VDI Virtual Graphics and Rendering Pipeline

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.



Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

The role of RemoteFX vGPU in managing multiple, concurrent virtual machines can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.  This ensures secure partitioning of the GPU between different virtual machines.

### Affordable, modern GPU powered virtual desktops in the cloud

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

### Predictable performance and security with hardware partitioning of the GPU

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

### Designed to work with Windows Virtual Desktop and VDI partners you use today

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

***Source:*** *Power your Azure GPU workstations with flexible GPU partitioning,* *https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/*