# EXHIBIT 12

## Application of U.S. Patent No. 8,466,922
## to the Accused Instrumentalities*,**

\* The term "Accused Instrumentalities" refers to Microsoft's operating systems that include RemoteFX (e.g., Windows Server, Windows 7, Windows 8, Windows 10, etc.) in conjunction with the features and capabilities disclosed herein, as well as all other practices of, and products made, used, sold, offered for sale and/or imported by Microsoft (as defined in the Complaint), or one of Microsoft's affiliated companies, that have the features shown in this chart, or substantially similar features.

\*\* This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| **Application of U.S. Patent No. 8,466,922 to the Accused Instrumentalities** | |
|---|---|
| 1. A method of generating a plurality of compressed image data signals, comprising the steps of: | Microsoft, and other users of the Accused Instrumentalities, practice a method of generating a plurality of compressed image data signals. For example, Microsoft practices the claimed method via its use of the Accused Instrumentalities in conjunction with its Azure cloud computing services. Microsoft Windows Server (since Windows Server 2008 R2) incorporates Remote Desktop Services that is integrated with Microsoft RemoteFX. <br><br> Abstract<br><br>Windows Server® 2008 R2 Remote Desktop Services includes a new set of user experience technologies in Service Pack 1 (SP1) called Microsoft® RemoteFX™. <br><br> ***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, cover page,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf* <br><br> Microsoft Windows 7, Windows 8.1 and Windows 10 also incorporate Microsoft RemoteFX. |

# Update to disable and remove the RemoteFX vGPU component in Windows

*Windows 7 Service Pack 1, Windows Server 2012, Windows 8.1, Windows 10, Windows 10, version 1607, all editions, Windows 10, version 1703, all editions, Windows 10, version 1709, all editions, Windows 10, version 1803, all editions, Windows 10, version 1809, all editions, Windows 10, version 1903, all editions, Windows 10, version 1909, all editions, Windows 10, version 2004, all editions. Less*

## Overview

RemoteFX vGPU makes it possible for multiple virtual machines to share a physical GPU. This feature was first introduced in Windows 7 and was removed as an option for users in Windows Server 2019. The current implementation of RemoteFX vGPU appears susceptible to security vulnerabilities (see the FAQ section for CVE details). Because these newly identified vulnerabilities are architectural in nature, and the feature is already removed from newer versions of Windows, the July 14, 2020 security updates and all superseding Windows Updates will disable and remove the RemoteFX vGPU feature. Starting with the July 14, 2020 security updates, this and all superseding Windows Updates will disable the RemoteFX vGPU feature.

[...]

## Frequently asked questions

Are any other RemoteFX features affected by this disablement?                    ^

No. RemoteFX vGPU is the only RemoteFX feature being disabled.

***Source****: https://support.microsoft.com/en-us/topic/update-to-disable-and-remove-the-remotefx-vgpu-component-in-windows-bbdf1531-7188-2bf4-0de6-641de79f09d2*

The Microsoft Azure platform supports Windows Server 2012 R2 and newer, Windows 7 enterprise and Windows 10 enterprise.



*Source*: https://azure.microsoft.com/en-gb/services/virtual-desktop/#features

Graphics instructions are output by multiple Windows applications.  These are intercepted, inspected, and optimized by Microsoft RemoteFX.  They are then processed to produce image data that are compressed and delivered to clients using Microsoft's Remote Desktop Protocol (RDP).

RemoteFX enables virtual desktop infrastructure and virtual app (session virtualization) services.

U.S. Patent No. 8,466,922                    4

## RemoteFX Remote Desktop Virtualization Host

For VDI, RemoteFX and its associated components are installed through a new system role called Remote Desktop Virtualization Host (RD Virtualization Host) first introduced with Windows Server 2008 R2, and included with Windows Server 2008 R2 Service Pack 1. RD Virtualization Host integrates with Hyper-V to provide VM-based virtual desktops for RemoteFX, remotely accessed using RDP 7.1 (see Figure 1).

Administrators have the ability to configure personal virtual desktops to provide a similar desktop experience to physical computers. Alternatively, VDI desktops can be pooled and dedicated to a specific set of applications.

Applications run inside virtual machines without modification. The RemoteFX virtual GPU (described in detail on page 6) is application-agnostic, supporting standard Windows graphics application APIs such as DirectX and GDI.

Figure 1: RemoteFX for VDI on RD Virtualization Host

*Source*: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf

U.S. Patent No. 8,466,922                                                   5



**Figure 1: RemoteFX Session Virtualization Architecture**

***Source****: Microsoft RemoteFX for Session Virtualization: Architectural Overview, page 8,*
*http://www.dabcc.com/resources/microsoft-remotefx-for-session-virtualization-architectural-overview.pdf*

Microsoft RemoteFX provides graphics rendering capabilities for Windows applications.



***RemoteFX for VDI Virtual Graphics and Rendering Pipeline***

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.

Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Microsoft RemoteFX comprises a Remote Desktop Virtual Graphics Manager that renders and compresses graphics.

U.S. Patent No. 8,466,922                     7

**Remote Desktop Virtual Graphics Manager (RDVGM)**

The RDVGM manages resource assignment and process control between RemoteFX components in the Hyper-V host partition and vGPU resource assignment into each virtual machine guest OS.

These functions include:

- Managing the RCC (Rendering, Capturing, and Compression) or encoding processes. (This pipeline is described in more detail in the following section.).
- Assigning physical GPU resources to individual virtual machines through the vGPU.
- Assigning resource policies to individual virtual machines.
- Load-balancing GPU resources across multiple virtual machines within a host.
- Managing processes: The RDVGM assigns appropriate GPU resources to individual virtual machines at boot time.

[…]

- *Rendering* refers to the process of translating raw display calls (such as Rotate, Flip, and Draw) made by applications running within a virtual machine through the vGPU, honoring those requests to the GPU, and thus rendering content. This is based on standard DirectX syntax.
- *Capturing* refers to the process of taking rendered application content—on-screen bitmap or frame changes—and intelligently capturing only what's changed. A secondary function is assigning quality of service policies—for capture quality and encoding level.
- *Compressing* (or encoding) refers to the process of optimally and equitably delivering GPU resources through the vGPU—and over RDP 7.1—to individual client devices. The quality of network conditions and target device type determine the type of compression/encoding used to optimally deliver captured content.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 9-10, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Once generated the compressed video output is delivered to client devices using the Remote Desktop Protocol (RDP).

RemoteFX enables rich, local-like user experiences for remotely hosted virtual desktops running a media-rich Windows 7 desktop. Users experience virtual desktops in full fidelity, harnessing the graphics processing power of shared Graphics Processing Units (GPUs) and SLAT-enabled processors, installed on Hyper-V hosts. Through new capabilities built into RDP, rich visual experiences are projected from hosted virtual desktops out across an array of client device types and form factors.

[…]

### RemoteFX for VDI Capture and Encoding Pipeline

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients. Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture and transfer changes from GPU VRAM into system memory.



**Figure 3: Capture and Encoding Pipeline**

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame is divided into manageable units. Change regions are then processed through an optimization capability provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for display changes. Only those areas within a frame that have changed are captured for encoding.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 3 (above) and page 11 (below),* [*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*](https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf)

| a) outputting graphics instructions by a plurality of graphics generating computer programs; | The Accused Instrumentalities output graphics instructions by a plurality of graphics generating computer programs.  A graphics generating computer program is a Microsoft Windows application or Microsoft Windows itself. Multiple applications may be running concurrently.<br><br>Microsoft's operating systems comprise technologies that enable the execution of various applications concurrently on a centralized host.  These applications output graphics instructions that are rendered on the centralized host to generate graphics which are compressed and transmitted to remote devices.<br><br><br><br>***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf* |
| --- | --- |



Figure 1: RemoteFX Session Virtualization Architecture

**Source**: *Microsoft RemoteFX for Session Virtualization: Architectural Overview, page 8,*
*http://www.dabcc.com/resources/microsoft-remotefx-for-session-virtualization-architectural-overview.pdf*

| b) determining at least one difference between at least one of the graphics instructions and another of the graphics instructions; | The Accused Instrumentalities determine at least one difference between at least one of the graphics instructions and another of the graphics instructions.  Microsoft Desktop Window Manager (DWM) determines differences between graphics instructions to distinguish between different applications' windows and how they might overlap.<br><br>Microsoft RemoteFX determines differences between graphics instructions to distinguish between areas of different content types. |
| --- | --- |

Furthermore, RemoteFX, distinguishes between the graphics instructions belonging to a first user and those of a second user.

DWM runs as a Windows service that controls how applications display pixels. DWM is a component of Microsoft operating systems.

## Desktop Window Manager

05/31/2018 • 2 minutes to read • 

The desktop composition feature, introduced in Windows Vista, fundamentally changed the way applications display pixels on the screen. When desktop composition is enabled, individual windows no longer draw directly to the screen or primary display device as they did in previous versions of Windows. Instead, their drawing is redirected to off-screen surfaces in video memory, which are then rendered into a desktop image and presented on the display.

Desktop composition is performed by the Desktop Window Manager (DWM). Through desktop composition, DWM enables visual effects on the desktop as well as various features such as glass window frames, 3-D window transition animations, Windows Flip and Windows Flip3D, and high resolution support.

The Desktop Window Manager runs as a Windows service. It can be enabled and disabled through the Administrative Tools Control Panel item, under Services, as Desktop Window Manager Session Manager.

Many of the DWM features can be controlled or accessed by an application through the DWM APIs. The following documentation describes the features and requirements of the DWM APIs.

- DWM Overviews
- DWM Sample Code
- DWM Reference

***Source***: *Desktop Window Manager, https://docs.microsoft.com/en-us/windows/win32/dwm/dwm-overview.*

DWM manages application (graphics generating computer program) windows.  It deals with occlusion culling where one window overlaps another and composites the result into images.  To do so, it must distinguish between the different co-ordinates and areas of the windows and between instructions belonging to one application's window and another.  Therefore, DWM determines differences between instructions.

U.S. Patent No. 8,466,922                                     12



***Source****:  The Desktop Window Manager, [https://docs.microsoft.com/en-us/windows/win32/learnwin32/the-desktop-window-manager](https://docs.microsoft.com/en-us/windows/win32/learnwin32/the-desktop-window-manager)*

DWM composites inputs from multiple Windows applications with only regions of the display that change (are "dirtied") needing to be re-rendered.  The dirty regions are managed with "occlusion culling support" that allows the composition process to not render content of windows that are overlapped.

So, that's a WPF application.  What about the desktop itself?  The DWM models the desktop as a visual tree where each node in the tree is a window.  And each of these "window" nodes consists of nodes below it that represent the non-client area (frame) and the client area of the window.  It so happens that the client area of the window happens to be a shared DirectX surface that comes from window redirection as described in this earlier post, but from the point of view of the composition engine, the whole desktop is pretty much just another visual tree.  (There's no denying, though, that it's not just any old other visual tree... there are certainly some special optimizations we needed to make in order to get the desktop to the level of performance that it needed to be, but we also hope that those optimizations can make their way back for general WPF usage.)

[…]

There are a number of substantial benefits that come from building on a general compositing and rendering system.  Here are some of them:

- Remoting support - the DWM itself can be remoted, and that uses the underlying WPF remoting support.
- Multiple monitor abstraction - the DWM application needn't concern itself with most of the aspects of how to render across multiple monitors or adapters.
- Integration of 3D with 2D - the Flip3D feature and the window transitions use 3D integrated into the 2D visual tree.  This support is a key WPF differentiator.
- 2D tesselated anti-aliased primitives - the underlying WPF technology takes care of this.
- Update management - as changes are made to the visual tree based on desktop activity by the user, the write invalidations and change propagation occurs in the visual tree.
- Dirty region management - code within the composition engine ensures that only the regions of the display that are dirty need to be re-rendered, which is an absolutely vital performance requirement.
- Occlusion culling support - similar to dirty region management, occlusion culling support allows the composition engine not to render content that's changing if it's covered by another part of the visual tree that's opaque.
- Scheduling - scheduling of frames, maintenance of frame rate, compensation for variability in frame rate is all part of the scheduling subsystem.

***Source:*** *How underlying WPF concepts and technology are being used in the DWM,*
*https://docs.microsoft.com/en-gb/archive/blogs/greg_schechter/how-underlying-wpf-concepts-and-technology-are-being-used-in-the-dwm*

Microsoft RemoteFX inspects graphics instructions of applications.



*RemoteFX for VDI Virtual Graphics and Rendering Pipeline*

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.

Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Microsoft RemoteFX supports active graphics using techniques for the detection of region changes and types of content.  A graphics instruction that indicates one type of content (e.g., natural image) is different to a graphics instruction indicating a different type of content (e.g., text).

U.S. Patent No. 8,466,922                                15

# RemoteFX Adaptive Graphics in Windows Server 2012 and Windows 8

[…]

Windows Server 2012 and Windows 8 desktop composition is optimized to minimize performance impacts of host-side rendering. In addition, RemoteFX uses many techniques for generating what was previously provided by primitives in earlier versions (such as detection of screen region changes and motion, and advanced caching). Other innovations further improve bitmap encoding to be adaptive to runtime conditions and improve the end-to-end user experience. The following sections will discuss what's new in adaptive graphics for RemoteFX.

[…]

In RemoteFX, several new codecs are supported, and we detect the content type at runtime to choose the best codec to encode different parts of the frame. RemoteFX differentiates the following types of content at runtime: text, synthetic image, natural image, and video. Each type of content is encoded with a dedicated codec that is tuned to best support the type of content.

The following example illustrates the content type classification of text and image on a web page:



**Source**: *RemoteFX Adaptive Graphics in Windows Server 2012 and Windows 8,*
https://techcommunity.microsoft.com/t5/microsoft-security-and/remotefx-adaptive-graphics-in-windows-server-2012-and-windows-8/ba-p/247454

RemoteFX manages resource sharing – including memory used to store image data for multiple, concurrent users – to enable multiple users' applications to run concurrently.  To do so, it must distinguish between the graphics instructions belonging to a first user and those of a second user.  This distinction enables RemoteFX to compress the correct image data and transmit them to the right user.

## RemoteFX Remote Desktop Virtualization Host

For VDI, RemoteFX and its associated components are installed through a new system role called Remote Desktop Virtualization Host (RD Virtualization Host) first introduced with Windows Server 2008 R2, and included with Windows Server 2008 R2 Service Pack 1. RD Virtualization Host integrates with Hyper-V to provide VM-based virtual desktops for RemoteFX, remotely accessed using RDP 7.1 (see Figure 1).

Administrators have the ability to configure personal virtual desktops to provide a similar desktop experience to physical computers. Alternatively, VDI desktops can be pooled and dedicated to a specific set of applications.

Applications run inside virtual machines without modification. The RemoteFX virtual GPU (described in detail on page 6) is application-agnostic, supporting standard Windows graphics application APIs such as DirectX and GDI.



Figure 1: RemoteFX for VDI on RD Virtualization Host

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*



**Figure 1: RemoteFX Session Virtualization Architecture**

***Source***: *Microsoft RemoteFX for Session Virtualization: Architectural Overview, page 8,*
*http://www.dabcc.com/resources/microsoft-remotefx-for-session-virtualization-architectural-overview.pdf*

Microsoft RemoteFX enables sharing a GPU and other resources between different virtual machines and different users.

**Microsoft RemoteFX for Session Virtualization: Architectural Overview**

RemoteFX enables rich, local-like user experiences for remotely hosted virtual desktops running a media-rich Windows 7 desktop. Users experience virtual desktops in full fidelity, harnessing the graphics processing power of shared Graphics Processing Units (GPUs) and SLAT-enabled processors, installed on Hyper-V hosts. Through new capabilities built into RDP, rich visual experiences are projected from hosted virtual desktops out across an array of client device types and form factors.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 3,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

## RemoteFX Platform Architecture

RemoteFX is a new Hyper-V platform capability for host-based graphics virtualization for VDI. At the heart of RemoteFX is a virtual graphics processing unit (the vGPU), which abstracts the relationship between guest OS virtual machines (virtual desktops) and physical GPUs to optimally share GPU resources in a hosted multi-user environment.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 8,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

### Remote Desktop Virtual Graphics Manager (RDVGM)

The RDVGM manages resource assignment and process control between RemoteFX components in the Hyper-V host partition and vGPU resource assignment into each virtual machine guest OS.

These functions include:

- Managing the RCC (Rendering, Capturing, and Compression) or encoding processes. (This pipeline is described in more detail in the following section.).
- Assigning physical GPU resources to individual virtual machines through the vGPU.
- Assigning resource policies to individual virtual machines.
- Load-balancing GPU resources across multiple virtual machines within a host.
- Managing processes: The RDVGM assigns appropriate GPU resources to individual virtual machines at boot time.

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

The role of RemoteFX vGPU in managing multiple, concurrent virtual machines can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.

### Affordable, modern GPU powered virtual desktops in the cloud

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

### Predictable performance and security with hardware partitioning of the GPU

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI 25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

### Designed to work with Windows Virtual Desktop and VDI partners you use today

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

| | |
|---|---|
| | ***Source:*** *Power your Azure GPU workstations with flexible GPU partitioning,* [https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/](https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/) |
| c) generating compression assistance data responsive to the difference; | The Accused Instrumentalities generate compression assistance data responsive to the difference. <br><br> Compression assistance data (CAD) is: <br><br> - details of the changed regions identified by the Desktop Windows Manager; and / or <br><br> - details of regions that require different compression methods; and / or <br><br> - details of changed regions pertaining to user 1 versus user 2. <br><br> Desktop Windows Manager (DWM) composites inputs from multiple Windows applications with only regions of the display that change (are "dirtied") needing to be re-rendered.  The dirty regions are managed with "occlusion culling support" that allows change regions to be identified. <br><br>  <br><br> ***Source****:  The Desktop Window Manager,* [https://docs.microsoft.com/en-us/windows/win32/learnwin32/the-desktop-window-manager](https://docs.microsoft.com/en-us/windows/win32/learnwin32/the-desktop-window-manager) |

So, that's a WPF application.  What about the desktop itself?  The DWM models the desktop as a visual tree where each node in the tree is a window.  And each of these "window" nodes consists of nodes below it that represent the non-client area (frame) and the client area of the window.  It so happens that the client area of the window happens to be a shared DirectX surface that comes from window redirection as described in this earlier post, but from the point of view of the composition engine, the whole desktop is pretty much just another visual tree.  (There's no denying, though, that it's not just any old other visual tree... there are certainly some special optimizations we needed to make in order to get the desktop to the level of performance that it needed to be, but we also hope that those optimizations can make their way back for general WPF usage.)

[…]

There are a number of substantial benefits that come from building on a general compositing and rendering system.  Here are some of them:

- Remoting support - the DWM itself can be remoted, and that uses the underlying WPF remoting support.
- Multiple monitor abstraction - the DWM application needn't concern itself with most of the aspects of how to render across multiple monitors or adapters.
- Integration of 3D with 2D - the Flip3D feature and the window transitions use 3D integrated into the 2D visual tree.  This support is a key WPF differentiator.
- 2D tesselated anti-aliased primitives - the underlying WPF technology takes care of this.
- Update management - as changes are made to the visual tree based on desktop activity by the user, the write invalidations and change propagation occurs in the visual tree.
- Dirty region management - code within the composition engine ensures that only the regions of the display that are dirty need to be re-rendered, which is an absolutely vital performance requirement.
- Occlusion culling support - similar to dirty region management, occlusion culling support allows the composition engine not to render content that's changing if it's covered by another part of the visual tree that's opaque.
- Scheduling - scheduling of frames, maintenance of frame rate, compensation for variability in frame rate is all part of the scheduling subsystem.

*Source:* *How underlying WPF concepts and technology are being used in the DWM,* *https://docs.microsoft.com/en-gb/archive/blogs/greg_schechter/how-underlying-wpf-concepts-and-technology-are-being-used-in-the-dwm*

Microsoft RemoteFX only encodes (compresses) areas of an image that have changed.

### RemoteFX for VDI Capture and Encoding Pipeline

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients. Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture and transfer changes from GPU VRAM into system memory.



**Figure 3: Capture and Encoding Pipeline**

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame is divided into manageable units. Change regions are then processed through an optimization capability provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for display changes. Only those areas within a frame that have changed are captured for encoding.

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 11,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Microsoft RemoteFX uses techniques for the detecting of region changes and types of content. Data regarding the selection of codec (compression technology) based on types of content are compression assistance data.

## RemoteFX Adaptive Graphics in Windows Server 2012 and Windows 8

[…]

Windows Server 2012 and Windows 8 desktop composition is optimized to minimize performance impacts of host-side rendering. In addition, RemoteFX uses many techniques for generating what was previously provided by primitives in earlier versions (such as detection of screen region changes and motion, and advanced caching). Other innovations further improve bitmap encoding to be adaptive to runtime conditions and improve the end-to-end user experience. The following sections will discuss what's new in adaptive graphics for RemoteFX.

[…]

In RemoteFX, several new codecs are supported, and we detect the content type at runtime to choose the best codec to encode different parts of the frame. RemoteFX differentiates the following types of content at runtime: text, synthetic image, natural image, and video. Each type of content is encoded with a dedicated codec that is tuned to best support the type of content.

The following example illustrates the content type classification of text and image on a web page:



Text Content

Image Content

**Source**: *RemoteFX Adaptive Graphics in Windows Server 2012 and Windows 8,* https://techcommunity.microsoft.com/t5/microsoft-security-and/remotefx-adaptive-graphics-in-windows-server-2012-and-windows-8/ba-p/247454

RemoteFX manages resource sharing – including memory used to store image data for multiple, concurrent users – to enable multiple users' applications to run concurrently. To do so, it must distinguish changed regions belonging to a first user and those of a second user. This distinction enables RemoteFX to compress the correct image data and transmit them to the right user.

## RemoteFX Remote Desktop Virtualization Host

For VDI, RemoteFX and its associated components are installed through a new system role called Remote Desktop Virtualization Host (RD Virtualization Host) first introduced with Windows Server 2008 R2, and included with Windows Server 2008 R2 Service Pack 1. RD Virtualization Host integrates with Hyper-V to provide VM-based virtual desktops for RemoteFX, remotely accessed using RDP 7.1 (see Figure 1).

Administrators have the ability to configure personal virtual desktops to provide a similar desktop experience to physical computers. Alternatively, VDI desktops can be pooled and dedicated to a specific set of applications.

Applications run inside virtual machines without modification. The RemoteFX virtual GPU (described in detail on page 6) is application-agnostic, supporting standard Windows graphics application APIs such as DirectX and GDI.



Figure 1: RemoteFX for VDI on RD Virtualization Host

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

U.S. Patent No. 8,466,922                    25



**Figure 1: RemoteFX Session Virtualization Architecture**

***Source****: Microsoft RemoteFX for Session Virtualization: Architectural Overview, page 8,*
*http://www.dabcc.com/resources/microsoft-remotefx-for-session-virtualization-architectural-overview.pdf*

Microsoft RemoteFX enables sharing a GPU and other resources between different virtual machines and different users.

**Microsoft RemoteFX for Session Virtualization: Architectural Overview**

RemoteFX enables rich, local-like user experiences for remotely hosted virtual desktops running a media-rich Windows 7 desktop. Users experience virtual desktops in full fidelity, harnessing the graphics processing power of shared Graphics Processing Units (GPUs) and SLAT-enabled processors, installed on Hyper-V hosts. Through new capabilities built into RDP, rich visual experiences are projected from hosted virtual desktops out across an array of client device types and form factors.

*Source*: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 3,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

## RemoteFX Platform Architecture

RemoteFX is a new Hyper-V platform capability for host-based graphics virtualization for VDI. At the heart of RemoteFX is a virtual graphics processing unit (the vGPU), which abstracts the relationship between guest OS virtual machines (virtual desktops) and physical GPUs to optimally share GPU resources in a hosted multi-user environment.

*Source*: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 8,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

### Remote Desktop Virtual Graphics Manager (RDVGM)

The RDVGM manages resource assignment and process control between RemoteFX components in the Hyper-V host partition and vGPU resource assignment into each virtual machine guest OS.

These functions include:

- Managing the RCC (Rendering, Capturing, and Compression) or encoding processes. (This pipeline is described in more detail in the following section.).
- Assigning physical GPU resources to individual virtual machines through the vGPU.
- Assigning resource policies to individual virtual machines.
- Load-balancing GPU resources across multiple virtual machines within a host.
- Managing processes: The RDVGM assigns appropriate GPU resources to individual virtual machines at boot time.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

The role of RemoteFX vGPU in managing multiple, concurrent virtual machines can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.

## Affordable, modern GPU powered virtual desktops in the cloud

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

## Predictable performance and security with hardware partitioning of the GPU

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI 25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

## Designed to work with Windows Virtual Desktop and VDI partners you use today

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

| | |
|---|---|
| | **Source:** *Power your Azure GPU workstations with flexible GPU partitioning,* *https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/* |
| d) processing at least one of the graphics instructions to generate first graphics data comprising a first plurality of pixels; | The Accused Instrumentalities process at least one of the graphics instructions to generate first graphics data that includes a first plurality of pixels.  The graphics instructions output from an application of a first user on the centralized host are processed to generate at least a portion of their application's graphics data (first graphics data).  **Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf* |



**Figure 1: RemoteFX Session Virtualization Architecture**

***Source****: Microsoft RemoteFX for Session Virtualization: Architectural Overview, page 8,*
*http://www.dabcc.com/resources/microsoft-remotefx-for-session-virtualization-architectural-overview.pdf*

Graphics instructions are rendered into a single frame buffer, a virtualized end-user display (plurality of pixels).
The first graphics data comprises a plurality of pixels that is associated with the first user.



**RemoteFX for VDI Virtual Graphics and Rendering Pipeline**

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.

Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,* [https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf](https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf)

| | |
|---|---|
| e) processing at least a second of the graphics instructions to generate second graphics data comprising a second plurality of pixels: | The Accused Instrumentalities process at least a second of the graphics instructions to generate second graphics data that includes a second plurality of pixels. The graphics instructions output from an application of a second user on the centralized host are processed to generate at least a portion of their application's graphics data (second graphics data). |

Microsoft's operating systems comprise technologies that enable multiple, concurrent users to share the same, centralized host machine.



### RemoteFX Remote Desktop Virtualization Host

For VDI, RemoteFX and its associated components are installed through a new system role called Remote Desktop Virtualization Host (RD Virtualization Host) first introduced with Windows Server 2008 R2, and included with Windows Server 2008 R2 Service Pack 1. RD Virtualization Host integrates with Hyper-V to provide VM-based virtual desktops for RemoteFX, remotely accessed using RDP 7.1 (see Figure 1).

Administrators have the ability to configure personal virtual desktops to provide a similar desktop experience to physical computers. Alternatively, VDI desktops can be pooled and dedicated to a specific set of applications.

Applications run inside virtual machines without modification. The RemoteFX virtual GPU (described in detail on page 6) is application-agnostic, supporting standard Windows graphics application APIs such as DirectX and GDI.

Figure 1: RemoteFX for VDI on RD Virtualization Host

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*



**Figure 1: RemoteFX Session Virtualization Architecture**

***Source****: Microsoft RemoteFX for Session Virtualization: Architectural Overview, page 8,*
*http://www.dabcc.com/resources/microsoft-remotefx-for-session-virtualization-architectural-overview.pdf*

Graphics instructions are rendered into a single frame buffer, a virtualized end-user display (plurality of pixels).
The second graphics data comprises a plurality of pixels that is associated with the second user.



### RemoteFX for VDI Virtual Graphics and Rendering Pipeline

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.

Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Microsoft RemoteFX enables sharing a GPU and other resources between different virtual machines and different users.

Microsoft RemoteFX for Session Virtualization: Architectural Overview

RemoteFX enables rich, local-like user experiences for remotely hosted virtual desktops running a media-rich Windows 7 desktop. Users experience virtual desktops in full fidelity, harnessing the graphics processing power of shared Graphics Processing Units (GPUs) and SLAT-enabled processors, installed on Hyper-V hosts. Through new capabilities built into RDP, rich visual experiences are projected from hosted virtual desktops out across an array of client device types and form factors.

*Source: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 3, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

## RemoteFX Platform Architecture

RemoteFX is a new Hyper-V platform capability for host-based graphics virtualization for VDI. At the heart of RemoteFX is a virtual graphics processing unit (the vGPU), which abstracts the relationship between guest OS virtual machines (virtual desktops) and physical GPUs to optimally share GPU resources in a hosted multi-user environment.

*Source: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 8, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

### Remote Desktop Virtual Graphics Manager (RDVGM)

The RDVGM manages resource assignment and process control between RemoteFX components in the Hyper-V host partition and vGPU resource assignment into each virtual machine guest OS.

These functions include:

- Managing the RCC (Rendering, Capturing, and Compression) or encoding processes. (This pipeline is described in more detail in the following section.).
- Assigning physical GPU resources to individual virtual machines through the vGPU.
- Assigning resource policies to individual virtual machines.
- Load-balancing GPU resources across multiple virtual machines within a host.
- Managing processes: The RDVGM assigns appropriate GPU resources to individual virtual machines at boot time.

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

The role of RemoteFX vGPU in managing multiple, concurrent virtual machines can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.

**Affordable, modern GPU powered virtual desktops in the cloud**

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

**Predictable performance and security with hardware partitioning of the GPU**

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI 25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

**Designed to work with Windows Virtual Desktop and VDI partners you use today**

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

| | |
|---|---|
| | ***Source:*** *Power your Azure GPU workstations with flexible GPU partitioning,* [https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/](https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/) |
| f) processing at least a portion of the first plurality of pixels using at least a portion of the compression assistance data to generate a first of the compressed image data signals; | The Accused Instrumentalities process at least a portion of the first plurality of pixels using at least a portion of the compression assistance data to generate a first of the compressed image data signals.<br><br>Compression assistance data (CAD) is:<br><br>- details of the changed regions identified by the Desktop Windows Manager; and / or<br><br>- details of regions that require different compression methods; and / or<br><br>- details of changed regions pertaining to user 1 versus user 2.<br><br>A compressed image data signal is the compressed image data pertaining to a user, transmitted to that user using RDP.<br><br>RemoteFX only compresses areas that have changed. RemoteFX uses different compression methods for different content types. Microsoft's operating systems comprise technologies that enable multiple, concurrent users to share the same, centralized host machine.<br><br>Therefore, Microsoft's operating systems use at least a portion of CAD to produce compressed image data signals. |

### RemoteFX for VDI Capture and Encoding Pipeline

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients. Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture and transfer changes from GPU VRAM into system memory.



**Figure 3: Capture and Encoding Pipeline**

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame is divided into manageable units. Change regions are then processed through an optimization capability provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for display changes. Only those areas within a frame that have changed are captured for encoding.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 11,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*



**Source**: *RemoteFX Adaptive Graphics in Windows Server 2012 and Windows 8,* https://techcommunity.microsoft.com/t5/microsoft-security-and/remotefx-adaptive-graphics-in-windows-server-2012-and-windows-8/ba-p/247454



**Figure 1: RemoteFX for VDI on RD Virtualization Host**

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*



**Figure 1: RemoteFX Session Virtualization Architecture**

***Source****: Microsoft RemoteFX for Session Virtualization: Architectural Overview, page 8,*
*http://www.dabcc.com/resources/microsoft-remotefx-for-session-virtualization-architectural-overview.pdf*

RemoteFX delivers encoded (compressed) graphics data to multiple clients using RDP.

RemoteFX enables rich, local-like user experiences for remotely hosted virtual desktops running a media-rich Windows 7 desktop. Users experience virtual desktops in full fidelity, harnessing the graphics processing power of shared Graphics Processing Units (GPUs) and SLAT-enabled processors, installed on Hyper-V hosts. Through new capabilities built into RDP, rich visual experiences are projected from hosted virtual desktops out across an array of client device types and form factors.

[…]

U.S. Patent No. 8,466,922                                                  41

**RemoteFX for VDI Capture and Encoding Pipeline**

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients. Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture and transfer changes from GPU VRAM into system memory.

Figure 3: Capture and Encoding Pipeline

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame is divided into manageable units. Change regions are then processed through an optimization capability provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for display changes. Only those areas within a frame that have changed are captured for encoding.

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 3 (above) and page 11 (below), https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

| g) processing at least a portion of the second plurality of pixels to generate a second of the compressed image data signals; | The Accused Instrumentalities process at least a portion of the second plurality of pixels to generate a second of the compressed image data signals. A compressed image data signal is the compressed image data pertaining to a user, transmitted to that user using RDP.<br><br>Microsoft's operating systems comprise technologies that enable multiple, concurrent users to share the same, centralized host machine. The second of the compressed image data signals corresponds to an end-user display for a second user. |



**Figure 1: RemoteFX for VDI on RD Virtualization Host**

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*



**Figure 1: RemoteFX Session Virtualization Architecture**

***Source****: Microsoft RemoteFX for Session Virtualization: Architectural Overview, page 8,*
*http://www.dabcc.com/resources/microsoft-remotefx-for-session-virtualization-architectural-overview.pdf*

The role of RemoteFX vGPU in managing multiple, concurrent users can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.

### Affordable, modern GPU powered virtual desktops in the cloud

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

### Predictable performance and security with hardware partitioning of the GPU

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

### Designed to work with Windows Virtual Desktop and VDI partners you use today

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

**Source:** *Power your Azure GPU workstations with flexible GPU partitioning*, https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/

RemoteFX delivers encoded (compressed) graphics data to multiple clients using RDP.

RemoteFX enables rich, local-like user experiences for remotely hosted virtual desktops running a media-rich Windows 7 desktop. Users experience virtual desktops in full fidelity, harnessing the graphics processing power of shared Graphics Processing Units (GPUs) and SLAT-enabled processors, installed on Hyper-V hosts. Through new capabilities built into RDP, rich visual experiences are projected from hosted virtual desktops out across an array of client device types and form factors.

[…]

### RemoteFX for VDI Capture and Encoding Pipeline

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients. Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture and transfer changes from GPU VRAM into system memory.



**Figure 3: Capture and Encoding Pipeline**

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame is divided into manageable units. Change regions are then processed through an optimization capability provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for display changes. Only those areas within a frame that have changed are captured for encoding.

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 3 (above) and page 11 (below), https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

| h) transmitting the first of the compressed image data signals to a first remote decompression device; and | The Accused Instrumentalities transmit the first of the compressed image data signals to a first remote decompression device.  A compressed image data signal is the compressed image data pertaining to a user, transmitted to that user using RDP.<br><br>The first of the compressed image data signals corresponds to an end-user display for a first user.<br><br>RDP is used to transmit compressed image data to clients (remote decompression devices) to be decompressed. |

### RDP 7.1 Client and Graphics Rendering Pipeline

Once an encoded payload is ready to leave the Hyper-V host, RDP streams the optimized output across *virtual channels*, a form of connection within RDP. Virtual channels are software extensions that can be used to extend RDP (for example, support for special types of hardware and audio). The RDP protocol provides multiplexed management of multiple virtual channels.

A virtual channel application has two parts, a client module and a server module. The server module is an executable program running on the Remote Desktop Session Host (RD Session Host) server. The client module is a DLL that must be loaded into memory on the client computer when the Remote Desktop Connection (RDC) client program runs.



RDP Client Components and Graphics Pipeline for RemoteFX

RDP 7.1: Thin or Thick Client Device

Figure 4: Client Graphics Delivery Pipeline

RemoteFX uses a special graphics virtual channel to distribute screen information to clients (and other channels for audio, device input, etc.). Through this virtual channel in RDP, data is sent to a client-side RemoteFX *decoding abstraction layer* where data is decompressed. From this layer, there are two main scenarios for delivering streams through RDP to clients:

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 12,* https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf

RemoteFX delivers encoded (compressed) content to multiple RDP clients.

RemoteFX enables rich, local-like user experiences for remotely hosted virtual desktops running a media-rich Windows 7 desktop. Users experience virtual desktops in full fidelity, harnessing the graphics processing power of shared Graphics Processing Units (GPUs) and SLAT-enabled processors, installed on Hyper-V hosts. Through new capabilities built into RDP, rich visual experiences are projected from hosted virtual desktops out across an array of client device types and form factors.

[…]

### RemoteFX for VDI Capture and Encoding Pipeline

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients. Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture and transfer changes from GPU VRAM into system memory.



**Figure 3: Capture and Encoding Pipeline**

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame is divided into manageable units. Change regions are then processed through an optimization capability provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for display changes. Only those areas within a frame that have changed are captured for encoding.

*Source*: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 3 (above) and page 11 (below), https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf

<table>
<tr><td></td><td>

RDP transmits compressed image data to the RDP client through virtual channels where the data is decompressed.

**RDP 7.1 Client and Graphics Rendering Pipeline**

Once an encoded payload is ready to leave the Hyper-V host, RDP streams the optimized output across *virtual channels*, a form of connection within RDP. Virtual channels are software extensions that can be used to extend RDP (for example, support for special types of hardware and audio). The RDP protocol provides multiplexed management of multiple virtual channels.

A virtual channel application has two parts, a client module and a server module. The server module is an executable program running on the Remote Desktop Session Host (RD Session Host) server. The client module is a DLL that must be loaded into memory on the client computer when the Remote Desktop Connection (RDC) client program runs.

[…]

RemoteFX uses a special graphics virtual channel to distribute screen information to clients (and other channels for audio, device input, etc.). Through this virtual channel in RDP, data is sent to a client-side RemoteFX *decoding abstraction layer* where data is decompressed. From this layer, there are two main scenarios for delivering streams through RDP to clients:

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 12, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

</td></tr>
<tr><td>

i) transmitting the second of the compressed image data signals to a second remote decompression device.

</td><td>

The Accused Instrumentalities transmit the second of the compressed image data signals to a second remote decompression device.  A compressed image data signal is the compressed image data pertaining to a user, transmitted to that user using RDP.

Microsoft's operating systems comprise technologies that enable multiple, concurrent users to share the same, centralized host machine.  The second of the compressed image data signals corresponds to an end-user display for a second user.

</td></tr>
</table>



**Figure 1: RemoteFX for VDI on RD Virtualization Host**

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*



**Figure 1: RemoteFX Session Virtualization Architecture**

***Source***: *Microsoft RemoteFX for Session Virtualization: Architectural Overview, page 8,*
*http://www.dabcc.com/resources/microsoft-remotefx-for-session-virtualization-architectural-overview.pdf*

RDP is used to transmit compressed image data to clients (remote decompression devices) to be decompressed.

### RDP 7.1 Client and Graphics Rendering Pipeline

Once an encoded payload is ready to leave the Hyper-V host, RDP streams the optimized output across *virtual channels*, a form of connection within RDP. Virtual channels are software extensions that can be used to extend RDP (for example, support for special types of hardware and audio). The RDP protocol provides multiplexed management of multiple virtual channels.

A virtual channel application has two parts, a client module and a server module. The server module is an executable program running on the Remote Desktop Session Host (RD Session Host) server. The client module is a DLL that must be loaded into memory on the client computer when the Remote Desktop Connection (RDC) client program runs.



Figure 4: Client Graphics Delivery Pipeline

RemoteFX uses a special graphics virtual channel to distribute screen information to clients (and other channels for audio, device input, etc.). Through this virtual channel in RDP, data is sent to a client-side RemoteFX *decoding abstraction layer* where data is decompressed. From this layer, there are two main scenarios for delivering streams through RDP to clients:

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 12,* https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf

RemoteFX delivers encoded (compressed) content to multiple RDP clients.

RemoteFX enables rich, local-like user experiences for remotely hosted virtual desktops running a media-rich Windows 7 desktop. Users experience virtual desktops in full fidelity, harnessing the graphics processing power of shared Graphics Processing Units (GPUs) and SLAT-enabled processors, installed on Hyper-V hosts. Through new capabilities built into RDP, rich visual experiences are projected from hosted virtual desktops out across an array of client device types and form factors.

[…]

### RemoteFX for VDI Capture and Encoding Pipeline

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients. Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture and transfer changes from GPU VRAM into system memory.



**Figure 3: Capture and Encoding Pipeline**

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame is divided into manageable units. Change regions are then processed through an optimization capability provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for display changes. Only those areas within a frame that have changed are captured for encoding.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 3 (above) and page 11 (below),* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

The role of RemoteFX vGPU in managing multiple, concurrent users can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.

## Affordable, modern GPU powered virtual desktops in the cloud

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

## Predictable performance and security with hardware partitioning of the GPU

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

## Designed to work with Windows Virtual Desktop and VDI partners you use today

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

***Source:*** *Power your Azure GPU workstations with flexible GPU partitioning*, *https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/*

RDP transmits compressed image data to the RDP client through virtual channels where the data is decompressed.

### RDP 7.1 Client and Graphics Rendering Pipeline

Once an encoded payload is ready to leave the Hyper-V host, RDP streams the optimized output across *virtual channels*, a form of connection within RDP. Virtual channels are software extensions that can be used to extend RDP (for example, support for special types of hardware and audio). The RDP protocol provides multiplexed management of multiple virtual channels.

A virtual channel application has two parts, a client module and a server module. The server module is an executable program running on the Remote Desktop Session Host (RD Session Host) server. The client module is a DLL that must be loaded into memory on the client computer when the Remote Desktop Connection (RDC) client program runs.

[…]

RemoteFX uses a special graphics virtual channel to distribute screen information to clients (and other channels for audio, device input, etc.). Through this virtual channel in RDP, data is sent to a client-side RemoteFX *decoding abstraction layer* where data is decompressed. From this layer, there are two main scenarios for delivering streams through RDP to clients:

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 12, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*