# EXHIBIT 14

## Application of U.S. Patent No. 9,117,285 to the Accused Instrumentalities*,**

\* The term "Accused Instrumentalities" refers to Microsoft's operating systems that include RemoteFX (e.g., Windows Server, Windows 7, Windows 8, Windows 10, etc.) in conjunction with the features and capabilities disclosed herein, as well as all other practices of, and products made, used, sold, offered for sale and/or imported by Microsoft (as defined in the Complaint), or one of Microsoft's affiliated companies, that have the features shown in this chart, or substantially similar features.

\*\* This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| Application of U.S. Patent No. 9,117,285 to the Accused Instrumentalities | |
|---|---|
| 1. A system for producing compressed image data comprising: | The Accused Instrumentalities are a system for producing compressed image data.  Microsoft, via its Azure cloud computing services, uses the Accused Instrumentalities.  Microsoft Windows Server (since Windows Server 2008 R2) incorporates Remote Desktop Services that is integrated with the Microsoft RemoteFX.<br><br>**Abstract**<br><br>Windows Server® 2008 R2 Remote Desktop Services includes a new set of user experience technologies in Service Pack 1 (SP1) called Microsoft® RemoteFX™.<br><br>***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, cover page, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*<br><br>Microsoft Windows 7, Windows 8.1 and Windows 10 also incorporate Microsoft RemoteFX. |

# Update to disable and remove the RemoteFX vGPU component in Windows

*Windows 7 Service Pack 1, Windows Server 2012, Windows 8.1, Windows 10, Windows 10, version 1607, all editions, Windows 10, version 1703, all editions, Windows 10, version 1709, all editions, Windows 10, version 1803, all editions, Windows 10, version 1809, all editions, Windows 10, version 1903, all editions, Windows 10, version 1909, all editions, Windows 10, version 2004, all editions. Less*

## Overview

RemoteFX vGPU makes it possible for multiple virtual machines to share a physical GPU. This feature was first introduced in Windows 7 and was removed as an option for users in Windows Server 2019. The current implementation of RemoteFX vGPU appears susceptible to security vulnerabilities (see the FAQ section for CVE details). Because these newly identified vulnerabilities are architectural in nature, and the feature is already removed from newer versions of Windows, the July 14, 2020 security updates and all superseding Windows Updates will disable and remove the RemoteFX vGPU feature. Starting with the July 14, 2020 security updates, this and all superseding Windows Updates will disable the RemoteFX vGPU feature.

[…]

## Frequently asked questions

Are any other RemoteFX features affected by this disablement?    ^

No. RemoteFX vGPU is the only RemoteFX feature being disabled.

***Source****: https://support.microsoft.com/en-us/topic/update-to-disable-and-remove-the-remotefx-vgpu-component-in-windows-bbdf1531-7188-2bf4-0de6-641de79f09d2*

The Microsoft Azure platform supports Windows Server 2012 R2 and newer, Windows 7 enterprise and Windows 10 enterprise.



*Source*: *https://azure.microsoft.com/en-gb/services/virtual-desktop/#features*

Azure supports a variety of GPUs.

### Select an appropriate GPU optimized Azure virtual machine size

Select one of Azure's NV-series, NVv3-series, or NVv4-series VM sizes. These are tailored for app and desktop virtualization and enable apps and the Windows user interface to be GPU accelerated. The right choice for your host pool depends on a number of factors, including your particular app workloads, desired quality of user experience, and cost. In general, larger and more capable GPUs offer a better user experience at a given user density, while smaller and fractional-GPU sizes allow more fine-grained control over cost and quality.

*Source*: *https://docs.microsoft.com/en-us/azure/virtual-desktop/configure-vm-*

Microsoft RemoteFX provides graphics rendering capabilities for Windows applications running on Windows virtual machines.



*RemoteFX for VDI Virtual Graphics and Rendering Pipeline*

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.

Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

U.S. Patent No. 9,117,285                                   5

Microsoft's operating systems comprise RemoteFX technology that enables the execution of various virtual machines on a centralized host.  Applications running within a respective virtual machine output graphics instructions that are rendered on the centralized host.

Outputs from multiple virtual machines running applications are intercepted by Microsoft RemoteFX.



**Figure 1: RemoteFX for VDI on RD Virtualization Host**

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

The role of RemoteFX vGPU in managing multiple, concurrent virtual machines can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.

U.S. Patent No. 9,117,285                                             6

## Affordable, modern GPU powered virtual desktops in the cloud

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

## Predictable performance and security with hardware partitioning of the GPU

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI 25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

## Designed to work with Windows Virtual Desktop and VDI partners you use today

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

***Source:*** *Power your Azure GPU workstations with flexible GPU partitioning,* *https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/*

Microsoft RemoteFX comprises a Remote Desktop Virtual Graphics Manager that renders and compresses graphics.

**Remote Desktop Virtual Graphics Manager (RDVGM)**

The RDVGM manages resource assignment and process control between RemoteFX components in the Hyper-V host partition and vGPU resource assignment into each virtual machine guest OS.

These functions include:

- Managing the RCC (Rendering, Capturing, and Compression) or encoding processes. (This pipeline is described in more detail in the following section.).
- Assigning physical GPU resources to individual virtual machines through the vGPU.
- Assigning resource policies to individual virtual machines.
- Load-balancing GPU resources across multiple virtual machines within a host.
- Managing processes: The RDVGM assigns appropriate GPU resources to individual virtual machines at boot time.

[…]

- *Rendering* refers to the process of translating raw display calls (such as Rotate, Flip, and Draw) made by applications running within a virtual machine through the vGPU, honoring those requests to the GPU, and thus rendering content. This is based on standard DirectX syntax.
- *Capturing* refers to the process of taking rendered application content—on-screen bitmap or frame changes—and intelligently capturing only what's changed. A secondary function is assigning quality of service policies—for capture quality and encoding level.
- *Compressing* (or encoding) refers to the process of optimally and equitably delivering GPU resources through the vGPU—and over RDP 7.1—to individual client devices. The quality of network conditions and target device type determine the type of compression/encoding used to optimally deliver captured content.

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 9-10, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

| | |
|---|---|
| i) an image data compressor; | The Accused Instrumentalities include an image data compressor.  Microsoft operating systems incorporate Remote Desktop Services that is integrated with the Microsoft RemoteFX. Microsoft RemoteFX comprises an RD Virtual Graphics Manager that assigns GPU resources and provides compression functionality. |

**Remote Desktop Virtual Graphics Manager (RDVGM)**

The RDVGM manages resource assignment and process control between RemoteFX components in the Hyper-V host partition and vGPU resource assignment into each virtual machine guest OS.

These functions include:

- Managing the RCC (Rendering, Capturing, and Compression) or encoding processes. (This pipeline is described in more detail in the following section.).
- Assigning physical GPU resources to individual virtual machines through the vGPU.
- Assigning resource policies to individual virtual machines.
- Load-balancing GPU resources across multiple virtual machines within a host.
- Managing processes: The RDVGM assigns appropriate GPU resources to individual virtual machines at boot time.

[…]

- *Rendering* refers to the process of translating raw display calls (such as Rotate, Flip, and Draw) made by applications running within a virtual machine through the vGPU, honoring those requests to the GPU, and thus rendering content. This is based on standard DirectX syntax.
- *Capturing* refers to the process of taking rendered application content—on-screen bitmap or frame changes—and intelligently capturing only what's changed. A secondary function is assigning quality of service policies—for capture quality and encoding level.
- *Compressing* (or encoding) refers to the process of optimally and equitably delivering GPU resources through the vGPU—and over RDP 7.1—to individual client devices. The quality of network conditions and target device type determine the type of compression/encoding used to optimally deliver captured content.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 9-10,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructural-overview.pdf*

Microsoft RemoteFX comprises CODECs for image data compression. RemoteFX incorporates a tile-based transform CODEC.

**3.1.8   RemoteFX Algorithm**

RemoteFX is a **tile-based transform** codec. It has the same functional stages as those found in most structured compression systems (section 1.3.1). At the encode endpoint, these stages are transform, **quantization**, and entropy encoding. The inverse of these operations (in the reverse order) takes place at the decode endpoint. RemoteFX uses **DWTs** and Run-Length Golomb-Rice Coding (RLGR) ([ARLGR] section 3) for transformation and entropy encoding respectively.

| | |
|---|---|
| | ***Sources***: *Remote Desktop Protocol: RemoteFX Codec Extension, page 32,* <br> *https://winprotocoldoc.blob.core.windows.net/productionwindowsarchives/MS-RDPRFX/%5bMS-RDPRFX%5d.pdf* <br><br> Microsoft Remote Desktop protocol (part of RemoteFX) may employ an AVC/H.264 codec. <br><br> scenarios increased due to more graphics intensive applications being used. For example, with Windows Server 2016 Technical Preview we now enable OpenGL applications with RemoteFX vGPU scenarios which enables support for additional high-end engineering design applications that use OpenGL. RDP and AVC/H.264 The graphics compression (codec) standard which has been used by RDP for a couple of releases is the ITU-T H.264 codec (also known as MPEG-4 AVC (Advanced Video Coding)). The benefit of this codec is that it is widely available in hardware so that CPU intensive encoding and decoding can be offloaded to a separate hardware block. With RDP 8, we introduced RemoteFX Media Streaming which uses AVC/H.264 to remote video content detected on the server. RemoteFX Media Streaming replaced Multi Media Redirection (MMR). Note: MMR is now completely removed from RDP 10 given that <br><br> ***Source***: *Remote Desktop Protocol (RDP) 10 AVC/H.264 improvements in Windows 10 and Windows Server 2016 Technical Preview,* *https://techcommunity.microsoft.com/t5/microsoft-security-and/remote-desktop-protocol-rdp-10-avc-h-264-improvements-in-windows/ba-p/249588* |
| ii) an instruction interception module; | The Accused Instrumentalities include an instruction interception module.  Microsoft operating systems comprise a Desktop Windows Manager (DWM) and RemoteFX, both of which intercept instructions. <br><br> DWM runs as a Windows service that controls how applications display pixels to the screen. |

## Desktop Window Manager

05/31/2018 • 2 minutes to read • 

The desktop composition feature, introduced in Windows Vista, fundamentally changed the way applications display pixels on the screen. When desktop composition is enabled, individual windows no longer draw directly to the screen or primary display device as they did in previous versions of Windows. Instead, their drawing is redirected to off-screen surfaces in video memory, which are then rendered into a desktop image and presented on the display.

Desktop composition is performed by the Desktop Window Manager (DWM). Through desktop composition, DWM enables visual effects on the desktop as well as various features such as glass window frames, 3-D window transition animations, Windows Flip and Windows Flip3D, and high resolution support.

The Desktop Window Manager runs as a Windows service. It can be enabled and disabled through the Administrative Tools Control Panel item, under Services, as Desktop Window Manager Session Manager.

Many of the DWM features can be controlled or accessed by an application through the DWM APIs. The following documentation describes the features and requirements of the DWM APIs.

- DWM Overviews
- DWM Sample Code
- DWM Reference

*Source*:  *Desktop Window Manager, https://docs.microsoft.com/en-us/windows/win32/dwm/dwm-overview.*

DWM redirects (and thus intercepts) graphics instructions from Windows applications, thereby allowing the compositing of windows.

## DirectX-rendered windows

Unlike GDI applications, DirectX applications of course can natively render into the DirectX pixel format that the DWM expects.  They also have a very clear indication of when they're done rendering due to the requirements that they call Present().  As such, DirectX applications only need a single window buffer to manage their redirection.  DirectX window redirection is handled by having the DirectX system, when it's determining what surface to provide the app with to render to, make calls to the DWM in order to share a surface between the DirectX client application process, and the DWM process.  This "shared surface" support is unique to DirectX atop the WDDM, and is another key reason why WDDM is an absolute requirement for running the DWM.

*Source*:  *Redirecting GDI, DirectX, and WPF applications, https://docs.microsoft.com/en-gb/archive/blogs/greg_schechter/redirecting-gdi-directx-and-wpf-applications*



Windows Vista fundamentally changed how windows are drawn, by introducing the Desktop Window Manager (DWM). When the DWM is enabled, a window no longer draws directly to the display buffer. Instead, each window draws to an offscreen memory buffer, also called an *offscreen surface*. The DWM then composites these surfaces to the screen.

**Source**: *The Desktop Window Manager,* *https://docs.microsoft.com/en-us/windows/win32/learnwin32/the-desktop-window-manager*

Microsoft RemoteFX comprises an RD Virtual Graphics Manager that contains a RemoteFX RCC (rendering, capturing, and compressing) engine.  Microsoft RemoteFX intercepts graphics instructions arriving from at least one Windows virtual machine.

### RemoteFX for VDI Virtual Graphics and Rendering Pipeline

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.



Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

| | |
|---|---|
| iii) a graphics processor module (GPM) accessible by the instruction interception module; | The Accused Instrumentalities include a graphics processor module (GPM) accessible by the instruction interception module.  A graphics processor module can be a graphics processor unit (GPU).<br><br>Microsoft Azure supports a variety of GPUs.<br><br><br>**Select an appropriate GPU optimized Azure virtual machine size**<br><br>Select one of Azure's NV-series, NVv3-series, or NVv4-series VM sizes. These are tailored for app and desktop virtualization and enable apps and the Windows user interface to be GPU accelerated. The right choice for your host pool depends on a number of factors, including your particular app workloads, desired quality of user experience, and cost. In general, larger and more capable GPUs offer a better user experience at a given user density, while smaller and fractional-GPU sizes allow more fine-grained control over cost and quality.<br><br>***Source***: *https://docs.microsoft.com/en-us/azure/virtual-desktop/configure-vm-gpu*<br><br>Desktop Windows Manager (DWM) and RemoteFX have access to a graphics processor. |



| Component | Description |
|---|---|
| **Application:**<br>• **D3D application**<br>• **DWM**<br>• **Direct3D Runtime** | An application, composed by the desktop windows manager, generates a DirectX API call that interacts with the Direct3D runtime |
| **RemoteFX Display Device aka RemoteFX vGPU** | The synthetic graphics adapter/device that receives API calls from the D3D runtime |
| **Virtual Machine Transport** | Responsible for transmitting graphics calls and data from VM to host and vice versa |
| **RemoteFX Graphics Worker Process** | Responsible for graphics data, managing host side graphics scheduling, load balancing for VMs and for delivering rendering instructions to the D3D runtime on the host |
| **D3D11** | Performs all rendering operations as generated by the worker process |
| **RDP Encode Pipeline** | Captures and encodes frames to be eventually sent via RDP |
| **Remote Desktop Server** | Delivers frames to a RDP client connected to the virtual machine |

***Source***: *Understanding and Evaluating RemoteFX vGPU on Windows Server 2012 R2,*
https://techcommunity.microsoft.com/t5/microsoft-security-and/understanding-and-evaluating-remotefx-vgpu-on-windows-server/ba-p/248365

Microsoft operating systems enable multiple virtual machines to run concurrently on the same, remote host machine.  Outputs from each virtual machine are intercepted, inspected, and optimized by Microsoft RemoteFX into a set of instructions that are delivered to a graphic processor module.

### RemoteFX for VDI Virtual Graphics and Rendering Pipeline

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.



Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

RemoteFX is integrated with a Hyper-V hypervisor that includes graphics processing capabilities.

> ### *Component Architecture for VDI*
>
> The following section provides an overview of the RemoteFX architecture—from its integration with
> Hyper-V to the component architecture and process flow.
>
> #### Integration with Hyper-V
> RemoteFX and its associated components, including RDP, are integrated with Hyper-V, a native type-1
> hypervisor, in Microsoft Windows Server 2008 R2 Service Pack 1. Hyper-V uses the concept of *parent*
> partition and *child* partition, units of isolation in which OS processes and guest OS processes safely
> execute. RemoteFX includes graphics processing infrastructure components that run in both the parent
> and child partitions of Hyper-V.
>
> The Hyper-V *parent partition* includes the RemoteFX management components for graphics processing,
> process management, rendering, capturing, and encoding. Hardware-optimized drivers for GPUs and
> embedded host-based encoders, such as ASICS, are also installed in the parent partition. A WDDM
> (Windows Display Driver Model) device driver and GPU-specific drivers are the primary interface to the
> GPUs.

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 8,
https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-
overview.pdf*

RemoteFX intercepts instructions and RCC translates those instructions to DirectX-compliant commands that are
provided to GPUs.

> #### Rendering, Capturing, and Compression (RCC)
> Integrated with the RDVGM is the RCC engine, which handles rendering, capturing, and compression.
> The RCC receives graphics requests as output from each virtual machine, and translates those requests
> into DirectX-compliant commands on the parent partition. The VMBUS provides a high-speed
> communications backplane to proxy DirectX requests from individual hosted applications running inside
> virtual machines to DirectX requests for physical GPU resources on the parent partition. This
> virtualization layer, complying with DirectX syntax, provides both a GPU- and application-agnostic
> approach to graphics virtualization. Applications running in virtual machines need to support DirectX 9
> or later. GPUs installed in the parent partition, by contrast, must support DirectX 10.

<table>
<tr><td></td><td>

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 8,* https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf

DWM redirects (and thus intercepts) graphics instructions from Windows applications.

## DirectX-rendered windows

Unlike GDI applications, DirectX applications of course can natively render into the DirectX pixel format that the DWM expects. They also have a very clear indication of when they're done rendering due to the requirements that they call Present(). As such, DirectX applications only need a single window buffer to manage their redirection. DirectX window redirection is handled by having the DirectX system, when it's determining what surface to provide the app with to render to, make calls to the DWM in order to share a surface between the DirectX client application process, and the DWM process. This "shared surface" support is unique to DirectX atop the WDDM, and is another key reason why WDDM is an absolute requirement for running the DWM.

***Source***: *Redirecting GDI, DirectX, and WPF applications,* https://docs.microsoft.com/en-gb/archive/blogs/greg_schechter/redirecting-gdi-directx-and-wpf-applications

</td></tr>
<tr><td>

iv) memory accessible by the image data compressor and the GPM;

</td><td>

The Accused Instrumentalities include memory accessible by the image data compressor and the GPM. A GPM can be a GPU. RemoteFX provides memory accessible by both a graphics processor module (GPU) and compressor (encoder).

## Host GPU video memory

Every vGPU-enabled virtual desktop uses the GPU hardware video memory on the host server to render the desktop. In addition, a codec uses the video memory to compress the rendered screen. The amount of memory needed for rendering and compression is directly based on the number of monitors provisioned to the virtual machine. The amount of reserved video memory varies based on the system screen resolution and how many monitors there are. Some users require a higher screen resolution for specific tasks, but there's greater scalability with lower resolution settings if all other settings remain constant.

***Source***: *Deploy graphics devices using RemoteFX vGPU, https://docs.microsoft.com/en-us/windows-server/virtualization/hyper-v/deploy/deploy-graphics-devices-using-remotefx-vgpu*

Outputs from virtual machines are intercepted, inspected, and optimized by Microsoft RemoteFX into a set of instructions that are delivered to a graphic processor unit. Some instructions are used for rendering a virtualized end-user display. Memory is required by the GPU for rendering and to buffer a single frame.

</td></tr>
</table>

**RemoteFX for VDI Virtual Graphics and Rendering Pipeline**

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.



Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

RemoteFX uses DirectX 10-compatible GPUs that have access to VRAM and system memory.



*RemoteFX for VDI Capture and Encoding Pipeline*

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients. Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture and transfer changes from GPU VRAM into system memory.

**Figure 3: Capture and Encoding Pipeline**

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame is divided into manageable units. Change regions are then processed through an optimization capability provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for display changes. Only those areas within a frame that have changed are captured for encoding.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 11,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

RemoteFX includes a Remote Desktop Graphics Manager to manage resources of the encoder and GPU.

<table>
<tr>
<td></td>
<td>

**Remote Desktop Virtual Graphics Manager (RDVGM)**

The RDVGM manages resource assignment and process control between RemoteFX components in the Hyper-V host partition and vGPU resource assignment into each virtual machine guest OS.

These functions include:

- Managing the RCC (Rendering, Capturing, and Compression) or encoding processes. (This pipeline is described in more detail in the following section.).
- Assigning physical GPU resources to individual virtual machines through the vGPU.
- Assigning resource policies to individual virtual machines.
- Load-balancing GPU resources across multiple virtual machines within a host.
- Managing processes: The RDVGM assigns appropriate GPU resources to individual virtual machines at boot time.

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

</td>
</tr>
<tr>
<td>

such that operation of the system causes the system to perform at least the following steps:

a) intercepting processor instructions by the instruction interception module;

</td>
<td>

Operation of the Accused Instrumentalities causes the Accused Instrumentalities to intercept processor instructions by the instruction interception module.  Microsoft operating systems comprise a Desktop Windows Manager (DWM) and RemoteFX, both of which intercept instructions.

DWM redirects (and thus intercepts) instructions outputted from programs running on Windows, thereby allowing the compositing of windows.

</td>
</tr>
</table>



Windows Vista fundamentally changed how windows are drawn, by introducing the Desktop Window Manager (DWM). When the DWM is enabled, a window no longer draws directly to the display buffer. Instead, each window draws to an offscreen memory buffer, also called an *offscreen surface*. The DWM then composites these surfaces to the screen.

***Source****:  The Desktop Window Manager, https://docs.microsoft.com/en-us/windows/win32/learnwin32/the-desktop-window-manager*

### DirectX-rendered windows

Unlike GDI applications, DirectX applications of course can natively render into the DirectX pixel format that the DWM expects.  They also have a very clear indication of when they're done rendering due to the requirements that they call Present().  As such, DirectX applications only need a single window buffer to manage their redirection.  DirectX window redirection is handled by having the DirectX system, when it's determining what surface to provide the app with to render to, make calls to the DWM in order to share a surface between the DirectX client application process, and the DWM process.  This "shared surface" support is unique to DirectX atop the WDDM, and is another key reason why WDDM is an absolute requirement for running the DWM.

***Source****:  Redirecting GDI, DirectX, and WPF applications, https://docs.microsoft.com/en-gb/archive/blogs/greg_schechter/redirecting-gdi-directx-and-wpf-applications*

Microsoft RemoteFX comprises an RD Virtual Graphics Manager that contains a RemoteFX RCC (rendering, capturing, and compressing) engine.  Microsoft RemoteFX intercepts graphics instructions outputted Windows applications arriving from at least one Windows virtual machine.



***RemoteFX for VDI Virtual Graphics and Rendering Pipeline***

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.

**Figure 2: Graphics Rendering Pipeline**

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

| b) identifying at least one of the intercepted processor instructions having an influence on a co-ordinate associated with the image data; | Operation of the Accused Instrumentalities causes the Accused Instrumentalities to identify at least one of the intercepted processor instructions having an influence on a coordinate associated with the image data.  Image data comprise pixels.  Coordinates are screen locations of pixels corresponding to one user or locations in memory of image data corresponding to different users.<br><br>Microsoft's operating systems comprise technology that enables multiple, concurrent users to share the same, centralized host machine.  For the system to operate appropriately, it must therefore manage the instructions from different users' applications (which run on different virtual machines) and thus the memory locations of users' images.<br><br>**Host GPU video memory**<br><br>Every vGPU-enabled virtual desktop uses the GPU hardware video memory on the host server to render the desktop. In addition, a codec uses the video memory to compress the rendered screen. The amount of memory needed for rendering and compression is directly based on the number of monitors provisioned to the virtual machine. The amount of reserved video memory varies based on the system screen resolution and how many monitors there are. Some users require a higher screen resolution for specific tasks, but there's greater scalability with lower resolution settings if all other settings remain constant.<br><br>***Source:*** *Deploy graphics devices using RemoteFX vGPU, https://docs.microsoft.com/en-us/windows-server/virtualization/hyper-v/deploy/deploy-graphics-devices-using-remotefx-vgpu*<br><br>Applications running within a virtual machine output graphics instructions that are rendered on the centralized host. |



**Figure 1: RemoteFX for VDI on RD Virtualization Host**

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-*
*overview.pdf*

The role of RemoteFX vGPU in managing multiple, concurrent virtual machines can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.

## Affordable, modern GPU powered virtual desktops in the cloud

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

### Predictable performance and security with hardware partitioning of the GPU

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

### Designed to work with Windows Virtual Desktop and VDI partners you use today

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

***Source:*** *Power your Azure GPU workstations with flexible GPU partitioning,* [https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/](https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/)

Microsoft RemoteFX intercepts graphics instructions arriving from virtual machines and renders an image for each user.  Intercepted instructions relating to placement of rendered objects in a respective image are co-ordinate associated.  The memory locations are co-ordinates of the respective image corresponding to each user.

**RemoteFX for VDI Virtual Graphics and Rendering Pipeline**

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.

Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,
https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Microsoft Desktop Window Manager (DWM) runs as a Windows service on virtual machines that controls how applications display pixels to the screen.

U.S. Patent No. 9,117,285                27

## Desktop Window Manager

05/31/2018 • 2 minutes to read • 

The desktop composition feature, introduced in Windows Vista, fundamentally changed the way applications display pixels on the screen. When desktop composition is enabled, individual windows no longer draw directly to the screen or primary display device as they did in previous versions of Windows. Instead, their drawing is redirected to off-screen surfaces in video memory, which are then rendered into a desktop image and presented on the display.

Desktop composition is performed by the Desktop Window Manager (DWM). Through desktop composition, DWM enables visual effects on the desktop as well as various features such as glass window frames, 3-D window transition animations, Windows Flip and Windows Flip3D, and high resolution support.

The Desktop Window Manager runs as a Windows service. It can be enabled and disabled through the Administrative Tools Control Panel item, under Services, as Desktop Window Manager Session Manager.

Many of the DWM features can be controlled or accessed by an application through the DWM APIs. The following documentation describes the features and requirements of the DWM APIs.

- DWM Overviews
- DWM Sample Code
- DWM Reference

*Source*: *Desktop Window Manager,* *https://docs.microsoft.com/en-us/windows/win32/dwm/dwm-overview.*

DWM manages application windows.  It deals with occlusion culling where one window overlaps another and composites the result into images.  To do so, it must determine the co-ordinates of the windows.



***Source****: The Desktop Window Manager, [https://docs.microsoft.com/en-us/windows/win32/learnwin32/the-desktop-window-manager](https://docs.microsoft.com/en-us/windows/win32/learnwin32/the-desktop-window-manager)*

Desktop Windows Manager (DWM) composites inputs from multiple Windows applications with only regions of the display that change (are "dirtied") needing to be re-rendered.  The dirty regions are managed with "occlusion culling support" that allows the composition to not render content of windows that are overlapped thereby being responsive to the identified graphics instruction.  Generating information on dirty and overlapping windows is responsive to the identified graphics instruction.  The information is related to co-ordinates associated with the image data.

There are a number of substantial benefits that come from building on a general compositing and rendering system. Here are some of them:

- Remoting support - the DWM itself can be remoted, and that uses the underlying WPF remoting support.
- Multiple monitor abstraction - the DWM application needn't concern itself with most of the aspects of how to render across multiple monitors or adapters.
- Integration of 3D with 2D - the Flip3D feature and the window transitions use 3D integrated into the 2D visual tree. This support is a key WPF differentiator.
- 2D tesselated anti-aliased primitives - the underlying WPF technology takes care of this.
- Update management - as changes are made to the visual tree based on desktop activity by the user, the write invalidations and change propagation occurs in the visual tree.
- Dirty region management - code within the composition engine ensures that only the regions of the display that are dirty need to be re-rendered, which is an absolutely vital performance requirement.
- Occlusion culling support - similar to dirty region management, occlusion culling support allows the composition engine not to render content that's changing if it's covered by another part of the visual tree that's opaque.
- Scheduling - scheduling of frames, maintenance of frame rate, compensation for variability in frame rate is all part of the scheduling subsystem.

***Source:*** *How underlying WPF concepts and technology are being used in the DWM,*
*https://docs.microsoft.com/en-gb/archive/blogs/greg_schechter/how-underlying-wpf-concepts-and-technology-are-being-used-in-the-dwm*

Microsoft RemoteFX only encodes areas of an image that have changed. Regions of image that change will have co-ordinates. Graphics instructions that influence regions of the image that change will be associated with co-ordinates.

### RemoteFX for VDI Capture and Encoding Pipeline

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients. Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture and transfer changes from GPU VRAM into system memory.



**Figure 3: Capture and Encoding Pipeline**

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame is divided into manageable units. Change regions are then processed through an optimization capability provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for display changes. Only those areas within a frame that have changed are captured for encoding.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 11,* https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf

| | |
|---|---|
| c) generating compression assistance data (CAD) or compression assistance instructions (CAI) or a combination thereof that are responsive to the identified | Operation of the Accused Instrumentalities causes the Accused Instrumentalities to generate compression assistance data (CAD), compression assistance instructions (CAI), or a combination thereof that are responsive to the identified graphics instructions.  The CAD includes information relating to the coordinate of at least one pixel of a plurality of pixels of step (d). |

U.S. Patent No. 9,117,285

| | |
|---|---|
| graphics instruction, the CAD comprises information relating to the co-ordinate of at least one pixel of a plurality of pixels of step (d); | Compression assistance instructions (CAI) are graphics instructions issued from Windows applications processed by Desktop Windows Manager to redirect and composite windows, and then 'optimized' and 'translated' by Microsoft RemoteFX before being delivered to a graphics processor module.  As part of compositing, DWM must identify overlapping windows and thus must be responsive to the identified graphics instruction.<br><br>Compression assistance data (CAD) are details of the parts of the image that have been updated or changed.  It may also include details of the size and memory locations of the image frames corresponding to a user and / or details of 'tiles' to be compressed with the RemoteFX encoder or 'macroblocks' when H.264 compression is used.<br><br>Desktop Windows Manager (DWM) manages application windows and composites them for display.<br><br><br><br>***Source***:  *The Desktop Window Manager, https://docs.microsoft.com/en-us/windows/win32/learnwin32/the-desktop-window-manager*<br><br>DWM composites inputs from multiple Windows applications with only regions of the display that change (are "dirtied") needing to be re-rendered.  The dirty regions are managed with "occlusion culling support" that allows the composition to not render content of windows that are overlapped, thereby being responsive to the identified |

graphics instruction.  Generating information on dirty and overlapping windows is responsive to the identified graphics instruction.  The information is related to co-ordinates of at least one pixel of a plurality of pixels.

So, that's a WPF application.  What about the desktop itself?  The DWM models the desktop as a visual tree where each node in the tree is a window.  And each of these "window" nodes consists of nodes below it that represent the non-client area (frame) and the client area of the window.  It so happens that the client area of the window happens to be a shared DirectX surface that comes from window redirection as described in this earlier post, but from the point of view of the composition engine, the whole desktop is pretty much just another visual tree.  (There's no denying, though, that it's not just any old other visual tree... there are certainly some special optimizations we needed to make in order to get the desktop to the level of performance that it needed to be, but we also hope that those optimizations can make their way back for general WPF usage.)

[…]

There are a number of substantial benefits that come from building on a general compositing and rendering system.  Here are some of them:

- Remoting support - the DWM itself can be remoted, and that uses the underlying WPF remoting support.
- Multiple monitor abstraction - the DWM application needn't concern itself with most of the aspects of how to render across multiple monitors or adapters.
- Integration of 3D with 2D - the Flip3D feature and the window transitions use 3D integrated into the 2D visual tree.  This support is a key WPF differentiator.
- 2D tesselated anti-aliased primitives - the underlying WPF technology takes care of this.
- Update management - as changes are made to the visual tree based on desktop activity by the user, the write invalidations and change propagation occurs in the visual tree.
- Dirty region management - code within the composition engine ensures that only the regions of the display that are dirty need to be re-rendered, which is an absolutely vital performance requirement.
- Occlusion culling support - similar to dirty region management, occlusion culling support allows the composition engine not to render content that's changing if it's covered by another part of the visual tree that's opaque.
- Scheduling - scheduling of frames, maintenance of frame rate, compensation for variability in frame rate is all part of the scheduling subsystem.

**Source:** *How underlying WPF concepts and technology are being used in the DWM, https://docs.microsoft.com/en-gb/archive/blogs/greg_schechter/how-underlying-wpf-concepts-and-technology-are-being-used-in-the-dwm*

Microsoft RemoteFX only encodes areas of an image that have changed.  Identifying regions of a frame necessarily require that the compression assistance data comprise coordinate information.

U.S. Patent No. 9,117,285                    33



**RemoteFX for VDI Capture and Encoding Pipeline**

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients. Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture and transfer changes from GPU VRAM into system memory.

**Figure 3: Capture and Encoding Pipeline**

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame is divided into manageable units. Change regions are then processed through an optimization capability provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for display changes. Only those areas within a frame that have changed are captured for encoding.

**Source:** *Remote Desktop Protocol: RemoteFX Codec Extension, page 32, https://docs.microsoft.com/en-us/openspecs/windows_protocols/ms-rdprfx/62495a4a-a495-46ea-b459-5cde04c44549*

The change regions correspond to tiles that require compression.



*RemoteFX for VDI Capture and Encoding Pipeline*

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients. Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture and transfer changes from GPU VRAM into system memory.

**Figure 3: Capture and Encoding Pipeline**

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame is divided into manageable units. Change regions are then processed through an optimization capability provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for display changes. Only those areas within a frame that have changed are captured for encoding.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 11,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Microsoft RemoteFX uses the mechanism of input tiling to identify areas of the image that change. Tiles reflect the coordinate of e.g., 64 x 64 image pixels.

U.S. Patent No. 9,117,285                                                       35

### 3.1.8.1.1 Input Tiling

The input to the encoder is an arbitrary region contained within an image to be encoded. The input image is overlaid with a tile grid anchored to the top left corner of the screen (0, 0) and aligned to the tile size (the tile size MUST be 64 x 64 pixels). The set of tiles that map to the input region are computed. These tiles are candidates for further processing, and each tile is processed independently of the others.

***Source:***  *Remote Desktop Protocol: RemoteFX Codec Extension, page 32,*
*https://docs.microsoft.com/en-us/openspecs/windows_protocols/ms-rdprfx/62495a4a-a495-46ea-b459-5cde04c44549*

The RDP protocol messages include details of regions and titles that have been encoded (compressed).



***Source:***  *https://docs.microsoft.com/en-us/openspecs/windows_protocols/ms-rdprfx/23d2a1d6-1be0-4357-83eb-998b66ddd4d9*

[…]

## 2.2.2.3.4 TS_RFX_TILESET

10/30/2020 • 3 minutes to read

The TS_RFX_TILESET message contains encoding parameters and data for an arbitrary number of encoded tiles.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 1 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 2 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 3 0 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CodecChannelT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ... | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| subtype | | | | | | | | | | | | | | | | idx | | | | | | | | | | | | | | | |
| properties | | | | | | | | | | | | | | | | numQuant | | | | | | | | tileSize | | | | | | | |
| numTiles | | | | | | | | | | | | | | | | tilesDataSize | | | | | | | | | | | | | | | |
| ... | | | | | | | | | | | | | | | | quantVals (variable) | | | | | | | | | | | | | | | |
| ... | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| tiles (variable) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ... | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*Source:* https://docs.microsoft.com/en-us/openspecs/windows_protocols/ms-rdprfx/7c926114-4bea-4c69-a9a1-caa6e88847a6

The RDP protocol transports RemoteFX codec messages to the client that include tiles of compressed data.

## 1.3.1.1 Message Flows

02/14/2019 • 2 minutes to read

RemoteFX codec messages are transported in order over a lossless transport such as TCP/IP. The message syntax has been designed with this prerequisite.

[…]



***Source****: https://docs.microsoft.com/en-us/openspecs/windows_protocols/ms-rdprfx/0f20e0d4-1cf6-476b-88a5-a0abd9b02f75*

RemoteFX compresses image frames using a tile-based transform codec.

### 3.1.8  RemoteFX Algorithm

RemoteFX is a **tile-based transform** codec. It has the same functional stages as those found in most structured compression systems (section 1.3.1). At the encode endpoint, these stages are transform, **quantization**, and entropy encoding. The inverse of these operations (in the reverse order) takes place at the decode endpoint. RemoteFX uses **DWTs** and Run-Length Golomb-Rice Coding (RLGR) ([ARLGR] section 3) for transformation and entropy encoding respectively.

***Sources***:  *Remote Desktop Protocol: RemoteFX Codec Extension, page 32,*
*https://winprotocoldoc.blob.core.windows.net/productionwindowsarchives/MS-RDPRFX/%5bMS-RDPRFX%5d.pdf*

Microsoft Remote Desktop protocol may use the H.264 codec.  H.264 is an industry standard, macroblock-based compression technology.  The compression assistance data would be details of the macroblocks to be compressed.



scenarios increased due to more graphics intensive applications being used. For example, with Windows Server 2016 Technical Preview we now enable OpenGL applications with RemoteFX vGPU scenarios which enables support for additional high-end engineering design applications that use OpenGL. RDP and AVC/H.264 The graphics compression (codec) standard which has been used by RDP for a couple of releases is the ITU-T H.264 codec (also known as MPEG-4 AVC (Advanced Video Coding)). The benefit of this codec is that it is widely available in hardware so that CPU intensive encoding and decoding can be offloaded to a separate hardware block. With RDP 8, we introduced RemoteFX Media Streaming which uses AVC/H.264 to remote video content detected on the server. RemoteFX Media Streaming replaced Multi Media Redirection (MMR). Note: MMR is now completely removed from RDP 10 given that

***Source***: *Remote Desktop Protocol (RDP) 10 AVC/H.264 improvements in Windows 10 and Windows Server 2016 Technical Preview,*  *https://techcommunity.microsoft.com/t5/microsoft-security-and/remote-desktop-protocol-rdp-10-avc-h-264-improvements-in-windows/ba-p/249588.*

The RDP protocol transports messages to the client that include regions of macroblocks of compressed data.

**2.2.4.4.1 RFX_AVC420_METABLOCK**

The **RFX_AVC420_METABLOCK** structure describes metadata associated with MPEG-4 AVC/H.264 encoded data sent from the server to the client. The data contained within the **RFX_AVC420_METABLOCK** structure is purely informational and SHOULD NOT be used by the client when decoding the MPEG-4 AVC/H.264 stream. When decoding the stream, the data that is available in the **RFX_AVC420_METABLOCK** is present within the MPEG-4 AVC/H.264 stream.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 1 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 2 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 3 0 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| numRegionRects | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| regionRects (variable) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

[...]

**numRegionRects (4 bytes):** A 32-bit unsigned integer that specifies the total number of elements in the **regionRects** field. The **quantQualityVals** field MUST contain the same number of elements as the **regionRects** field.

**regionRects (variable):** A variable-length array of **RDPGFX_RECT16** (section 2.2.1.2) structures that specifies the region mask to apply to the MPEG-4 AVC/H.264 encoded data. The total number of elements in this field is specified by the **numRegionRects** field.

*Source*: *https://winprotocoldoc.blob.core.windows.net/productionwindowsarchives/MS-RDPEGFX/%5BMS-RDPEGFX%5D.pdf*

Outputs from Windows applications are intercepted, inspected, and optimized by Microsoft RemoteFX into a set of instructions that are delivered to a graphic processor module for rendering of frames.  RemoteFX also 'translates' instructions.

**Rendering, Capturing, and Compression (RCC)**

Integrated with the RDVGM is the RCC engine, which handles rendering, capturing, and compression. The RCC receives graphics requests as output from each virtual machine, and translates those requests into DirectX-compliant commands on the parent partition. The VMBUS provides a high-speed communications backplane to proxy DirectX requests from individual hosted applications running inside virtual machines to DirectX requests for physical GPU resources on the parent partition. This virtualization layer, complying with DirectX syntax, provides both a GPU- and application-agnostic approach to graphics virtualization. Applications running in virtual machines need to support DirectX 9 or later. GPUs installed in the parent partition, by contrast, must support DirectX 10.

*Source*: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 9,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Size and memory locations of image frames corresponding to different users relate to the co-ordinate of at least one pixel of a plurality of pixels.



**RemoteFX for VDI Virtual Graphics and Rendering Pipeline**

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.

Figure 2: Graphics Rendering Pipeline

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

**Source**: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10, https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Microsoft RemoteFX intercepts graphics instructions arriving from virtual machines and renders an image for each user.  Intercepted instructions relating to placement of rendered objects in a respective image are co-ordinate associated.  The memory locations are co-ordinates of the respective image corresponding to each user.



**Figure 1: RemoteFX for VDI on RD Virtualization Host**

*Source*: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 6,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

RemoteFX vGPU is a graphics virtualization technology that allows a single physical GPU to be shared among multiple virtual machines. In a RemoteFX vGPU deployment, virtualized workloads run on Microsoft's RemoteFX 3D adapter, which coordinates GPU processing requests between the host and guests. RemoteFX vGPU is most suitable for knowledge worker and high-burst workloads where dedicated GPU resources are not required. RemoteFX vGPU can only provide GPU acceleration to Windows VMs.

*Source: Plan for GPU acceleration in Windows Server: RemoteFX vGPU, https://docs.microsoft.com/en-us/windows-server/virtualization/hyper-v/plan/plan-for-gpu-acceleration-in-windows-server#remotefx-vgpu*

## Host GPU video memory

Every vGPU-enabled virtual desktop uses the GPU hardware video memory on the host server to render the desktop. In addition, a codec uses the video memory to compress the rendered screen. The amount of memory needed for rendering and compression is directly based on the number of monitors provisioned to the virtual machine. The amount of reserved video memory varies based on the system screen resolution and how many monitors there are. Some users require a higher screen resolution for specific tasks, but there's greater scalability with lower resolution settings if all other settings remain constant.

***Source****: Deploy graphics devices using RemoteFX vGPU, https://docs.microsoft.com/en-us/windows-server/virtualization/hyper-v/deploy/deploy-graphics-devices-using-remotefx-vgpu*

The role of RemoteFX vGPU in managing multiple, concurrent virtual machines can be replaced by a GPU such as the AMD Radeon Instinct MI25 GPU that is part of Microsoft Azure's NVv4 offering.

## Affordable, modern GPU powered virtual desktops in the cloud

As enterprises look to the cloud to provide virtual desktops and workstations in a secure way to a highly mobile workforce, they face the significant challenge of managing cost and performance while meeting user experience expectations. Traditionally, public clouds offered virtual machines with one or more GPUs, which are best suited for the most GPU intensive workloads that required the full power and resources of a GPU. But for the regular knowledge worker profile, a full GPU could be overkill. For some of these customers, multi-session virtual desktops like those offered by Windows Virtual Desktop fit the bill, by letting concurrent sessions share the GPU dynamically. However, some VDI customers need a dedicated virtual machine (VM) per user, either for performance or isolation reasons. For these kinds of workloads, customers are looking for a scale-down option to choose the right GPU size to meet the requirements.

[…]

## Predictable performance and security with hardware partitioning of the GPU

In Azure, the security of the customer's workload is always a top priority. SR-IOV based GPU partitioning provides a strong, hardware-backed security boundary with predictable performance for each virtual machine. We partition a single AMD Radeon Instinct MI 25 GPU and allocate it up to eight virtual machines. Each virtual machine can only access the GPU resources dedicated to them and the secure hardware partitioning prevents unauthorized access by other VMs.

[…]

<table>
<tr>
<td></td>
<td>

**Designed to work with Windows Virtual Desktop and VDI partners you use today**

Customers in the VDI segment have many choices for remote protocol and infrastructure management. We worked closely with the key partners to ensure support for NVv4 virtual machines.

Windows Virtual Desktop supports the new NVv4 virtual machines with native WVD deployments that use RDP as well as solutions delivered by Citrix and VMware, our approved providers.

NVv4 virtual machines support Microsoft Remote Desktop Protocol (RDP), Teradici PCoIP, and HDX 3D Pro. The graphics API support covers DirectX 9 through 12, OpenGL 4.6, and Vulkan 1.1.

***Source:*** *Power your Azure GPU workstations with flexible GPU partitioning,* [https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/](https://azure.microsoft.com/en-gb/blog/power-your-azure-gpu-workstations-with-flexible-gpu-partitioning/)

</td>
</tr>
<tr>
<td>d) processing at least one of the intercepted processor instructions by the GPM to generate a plurality of pixels to be stored in the memory; and</td>
<td>Operation of the Accused Instrumentalities causes the Accused Instrumentalities to process at least one of the intercepted processor instructions by the GPM to generate a plurality of pixels to be stored in the memory. Graphics instructions from a first graphics generating computer program are intercepted and composited by DWM; and intercepted, inspected, and optimized by Microsoft RemoteFX into a set of instructions that are delivered to a graphic processor unit (GPM) and rendered into a single frame buffer (a plurality of pixels).  A GPM can be a GPU.</td>
</tr>
</table>

### RemoteFX for VDI Virtual Graphics and Rendering Pipeline

When an installed application running within a VM issues display calls (such as Draw, Resize, and Rotate), the vGPU is the key component that brokers all rendering requests. This entire virtualization path is transparent to each guest OS.



**Figure 2: Graphics Rendering Pipeline**

Graphics processing commands are intercepted by RemoteFX on the Hyper-V parent partition at a low level in the software stack. Once inspected and optimized, graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates). This frame buffer represents the virtualized end-user display. Rich graphics applications, 3D plug-ins, and other embedded graphics components run exactly as they would on Windows 7 deployed on a physical workstation. Graphics calls made to Windows through DirectX, GDI (Graphics Device Interface), or other generic display commands

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 10,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

<table>
<tr>
<td></td>
<td>

Host-based VDI solutions built on RemoteFX and Hyper-V ensure a consistent end-user experience across a wider array of devices by consolidating a large portion of the client software and hardware into the datacenter. With host-centric remoting, all the graphics can be intercepted on the host at an optimal layer in the software stack. All graphics are rendered on the host into a single frame buffer (a temporary holding station for graphical updates) that represents the end-user display. Changes to the frame buffer are sent to the client at a frame rate that dynamically adapts to network conditions and the client's ability to consume the changes.

***Source****: Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 5,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

</td>
</tr>
<tr>
<td>

e) processing at least a portion of the plurality of pixels using at least part of the CAD or at least part of the CAI or a combination thereof to generate compressed image data.

</td>
<td>

Operation of the Accused Instrumentalities causes the Accused Instrumentalities to process at least a portion of the plurality of pixels using at least part of the CAD, at least part of the CAI, or a combination thereof to generate compressed image data.  Compression assistance instructions (CAI) are graphics instructions issued from Windows applications processed by Desktop Windows Manager to redirect and composite windows, and then 'optimized' and 'translated' by Microsoft RemoteFX before being delivered to a graphics processor module.

Details such as the dimensions and memory locations of the pixels are determined by processing CAI.  These details are necessary in order to generate compressed image data.

Compression assistance data (CAD) are details of the parts of the image that have been updated or changed.  It may also include details of the size and memory locations of the image frames corresponding to a user and / or details of 'tiles' to be compressed with the RemoteFX encoder or 'macroblocks' when H.264 compression is used.

The Microsoft RemoteFX RCC captures changes in frames, encoding the result and delivers the result to individual client devices using RDP.

</td>
</tr>
</table>

**Rendering, Capturing, and Compression (RCC)**

Integrated with the RDVGM is the RCC engine, which handles rendering, capturing, and compression. The RCC receives graphics requests as output from each virtual machine, and translates those requests into DirectX-compliant commands on the parent partition. The VMBUS provides a high-speed communications backplane to proxy DirectX requests from individual hosted applications running inside virtual machines to DirectX requests for physical GPU resources on the parent partition. This virtualization layer, complying with DirectX syntax, provides both a GPU- and application-agnostic approach to graphics virtualization. Applications running in virtual machines need to support DirectX 9 or later. GPUs installed in the parent partition, by contrast, must support DirectX 10.

[…]

- *Rendering* refers to the process of translating raw display calls (such as Rotate, Flip, and Draw) made by applications running within a virtual machine through the vGPU, honoring those requests to the GPU, and thus rendering content. This is based on standard DirectX syntax.
- *Capturing* refers to the process of taking rendered application content—on-screen bitmap or frame changes—and intelligently capturing only what's changed. A secondary function is assigning quality of service policies—for capture quality and encoding level.
- *Compressing* (or encoding) refers to the process of optimally and equitably delivering GPU resources through the vGPU—and over RDP 7.1—to individual client devices. The quality of network conditions and target device type determine the type of compression/encoding used to optimally deliver captured content.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, pages 9 and 10,* *https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

### RemoteFX for VDI Capture and Encoding Pipeline

Once content is rendered, frames are decomposed, captured, encoded, and delivered to RDP clients. Using DirectX 10-compatible GPUs, capturing and encoding interfaces are designed to optimally capture and transfer changes from GPU VRAM into system memory.



**Figure 3: Capture and Encoding Pipeline**

Using RemoteFX on the Hyper-V parent partition, content is rapidly and efficiently captured. Each frame is divided into manageable units. Change regions are then processed through an optimization capability provided by the capture engine. Through this mechanism, RemoteFX intercepts individual frames for display changes. Only those areas within a frame that have changed are captured for encoding.

***Source***: *Microsoft RemoteFX for Virtual Desktop Infrastructure: Architectural Overview, page 11,*
*https://www.dabcc.com/resources/microsoft-remotefx-for-virtual-desktop-infrastructure-architectural-overview.pdf*

Microsoft RemoteFX uses the mechanism of input tiling to identify areas of the image that change. Tiles reflect the coordinate of e.g., 64 x 64 image pixels.

### 3.1.8.1.1 Input Tiling

The input to the encoder is an arbitrary region contained within an image to be encoded. The input image is overlaid with a tile grid anchored to the top left corner of the screen (0, 0) and aligned to the tile size (the tile size MUST be 64 x 64 pixels). The set of tiles that map to the input region are computed. These tiles are candidates for further processing, and each tile is processed independently of the others.

*Source:  Remote Desktop Protocol: RemoteFX Codec Extension, page 32,*
*https://docs.microsoft.com/en-us/openspecs/windows_protocols/ms-rdprfx/62495a4a-a495-46ea-b459-5cde04c44549*

Compression assistance data may be details of 'tiles' to be compressed with the RemoteFX encoder or 'macroblocks' when a GPU uses an H.264 encoder. The RemoteFX encoder is a tile-based transform codec.

**3.1.8   RemoteFX Algorithm**

RemoteFX is a **tile-based transform** codec. It has the same functional stages as those found in most structured compression systems (section 1.3.1). At the encode endpoint, these stages are transform, **quantization**, and entropy encoding. The inverse of these operations (in the reverse order) takes place at the decode endpoint. RemoteFX uses **DWTs** and Run-Length Golomb-Rice Coding (RLGR) ([ARLGR] section 3) for transformation and entropy encoding respectively.

*Sources:  Remote Desktop Protocol: RemoteFX Codec Extension, page 32,*
*https://winprotocoldoc.blob.core.windows.net/productionwindowsarchives/MS-RDPRFX/%5bMS-RDPRFX%5d.pdf*

Microsoft Remote Desktop protocol may use H.264 codec.

scenarios increased due to more graphics intensive applications being used. For example, with Windows Server 2016 Technical Preview we now enable OpenGL applications with RemoteFX vGPU scenarios which enables support for additional high-end engineering design applications that use OpenGL. RDP and AVC/H.264 The graphics compression (codec) standard which has been used by RDP for a couple of releases is the ITU-T H.264 codec (also known as MPEG-4 AVC (Advanced Video Coding)). The benefit of this codec is that it is widely available in hardware so that CPU intensive encoding and decoding can be offloaded to a separate hardware block. With RDP 8, we introduced RemoteFX Media Streaming which uses AVC/H.264 to remote video content detected on the server. RemoteFX Media Streaming replaced Multi Media Redirection (MMR). Note: MMR is now completely removed from RDP 10 given that

*Source: Remote Desktop Protocol (RDP) 10 AVC/H.264 improvements in Windows 10 and Windows Server 2016 Technical Preview,  https://techcommunity.microsoft.com/t5/microsoft-security-and/remote-desktop-protocol-rdp-10-avc-h-264-improvements-in-windows/ba-p/249588*